Fill in this information to Identify the case:

Debtor Name:   The Original Soupman, Inc.

United States Bankruptcy Court for the:   District of Delaware

Case Number (If known):   17-11313

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | PARK100 FOODS<br>1192 RELIABLE PARKWAY<br>CHICAGO, IL  60686-0011 | | 7% NOTE | | $1,721,009.00 | | |
| 2 | PERRY TREBATCH<br>32 NASSAU DRIVE<br>GREAT NECK, NY  11021 | PHONE: 212-826-5050<br>perry@tlaco.com | 12% NOTE | | $1,085,624.00 | | |
| 3 | GRACIN MARLOW LLP<br>THE CHRYSLER BUILDING<br>405 LEXINGTON AVE 26TH FLOOR<br>NEW YORK, NY  10174 | CONTACT: HANK GRACIN<br>PHONE: 561-237-0804<br>hgracin@gracinmarlow.com | PROFESSIONAL | | $542,806.32 | | |
| 4 | HUGHES HUBBARD REED LLP<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY  10004-1482 | | TRADE DEBT | | $415,255.49 | | |
| 5 | IPMF LLC<br>1126 HARVEY STREET<br>BELOIT, WI  53511 | CONTACT: JIM CARROLL | TRADE DEBT | | $331,896.00 | | |
| 6 | LABRYS FUND, LP<br>48 PARKER RD<br>WELLESLEY, MA  02482 | CONTACT: TJ SILVERMAN<br>admin@equiluxgroup.com | LABRYS FUND DUE 1/11/2018 | | $160,883.00 | | |
| 7 | WILLIAM GOGGINS<br>13235 MAIN RD<br>MATTITUCK, NY  11952 | bill@gogginsandpalumbo.com | 4 MONTH NOTE - 8% INTEREST DEFAULT | | $148,765.00 | | |
| 8 | BRAND INITIATIVES GROUP<br>112 EAST 95TH STREET<br>NEW YORK, NY  10128 | | TRADE DEBT | | $145,241.38 | | |
| 9 | DR DAVID BERNADERET<br>3715 SLEEPY FOX DR<br>ROCHESTER HILLS, MI  48309 | PHONE: 586-206-0985<br>dbcardoc@comcast.net | 24 MONTH CONVERTIBLE - 8% INTEREST DEFAULT | | $123,542.00 | | |

Debtor: The Original Soupman, Inc.                                    Case Number (if known): 17-11313

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10  INTEGRATED MARKETING SERVICES 18100 VON KARMAN SUITE 900 IRVINE, CA  92612 | | TRADE DEBT | | $122,959.21 | | |
| 11  VIENNA BEEF LTD 8033 SOLUTIONS CENTER CHICAGO, IL  60677-8000 | CONTACT: TIM O'BRIEN | TRADE DEBT | | $107,842.46 | | |
| 12  DR MARK HELLNER 900 W OLIVE AVE, SUITE A MERCED, CA  95348 | FAX: 209-388-0731 | 12 MONTH CONVERTIBLE NOTE 12% DEFAULT | | $79,690.00 | | |
| 13  ELITE CONSULTING 401K 1310 AVENUE L BROOKLYN, NY  11230 | FAX: 718-799-5873 | 12 MONTH CONVERTIBLE NOTE 12% DEFAULT | | $79,307.00 | | |
| 14  VICTORIA SUTHERLAND STRAUMSEY HOUSE 68 PRINCES STREET THURSO  147DH  UNITED KINGDOM | FAX: 05603106313 | 12 MONTH CONVERTIBLE NOTE 12% DEFAULT | | $76,027.00 | | |
| 15  JENNIFER SCHOCH 9 BERKLEY PLACE COLTS NECK, NJ  07722 | Schochboys@aol.com | 4 MONTH NOTE - 8% INTEREST DEFAULT | | $75,379.00 | | |
| 16  KEITH BUHRDORF TK HOLDINGS LTD 650 NORTH MAIN STREET DELTA, CO  81416 | FAX: 970-874-1036 | 12 MONTH CONVERTIBLE NOTE 12% DEFAULT | | $73,699.00 | | |
| 17  GAGE SPENCER FLEMING LLP 410 PARK AVENUE SUITE 900 NEW YORK, NY  10022 | | PROFESSIONAL | | $61,925.88 | | |
| 18  SHEPPARD MULLIN 1300 I STREET N W 11TH FLOOR WASHINGTON, DC  20005-3314 | | PROFESSIONAL | | $54,049.74 | | |
| 19  ROBINSON BROG LEINWAND GREENE GENOVESE GLUCK PC 875 THIRD AVENUE NEW YORK, NY  10022-0123 | CONTACT: WILLIAM A. ROME | PROFESSIONAL | | $53,871.96 | | |
| 20  POWERUP LENDING GROUP, LTD 111 GREAT NECK RD #216 GREAT NECK, NY  11021 | | POWER UP LENDING DUE 12/30/2017 | | $53,598.00 | | |

**Fill in this information to identify the case and this filing:**

Debtor Name __**The Original Soupman, Inc.**_____

United States Bankruptcy Court for the: _____ District of __**Delaware**___
(State)

Case number (*If known*): __**17-11313 (LSS)**_____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**06/15/2017**___   ✗ __**Jamieson Karson**_____
MM / DD / YYYY        Signature of individual signing on behalf of debtor

__**Jamieson Karson**_____
Printed name

__**Chief Executive Officer**_____
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**