# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ORIGINAL SOUPMAN, INC., *et al.*, | Case No. 17-11313 (LSS) |
| Debtors. | Jointly Administered |

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Del. Bankr. LR 2002-1(a), the Court schedules the following omnibus hearing dates:

**August 8, 2017 at 2:00 p.m. (Eastern Time)**

**September 6, 2017 at 10:00 a.m. (Eastern Time)**

**October 16, 2017 at 10:00 a.m. (Eastern Time)**

**Dated: June 27th, 2017**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

59315700.1