---

**Fill in this information to identify the case:**

Debtor   THE ORIGINAL SOUPMAN, INC.

United States Bankruptcy Court for the:  District of Delaware

Case number   17-11313
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $702,275.61

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $702,275.61

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   $5,370,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

   $341,318.67

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

   **+**   $2,729,831.75

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   $8,441,150.42

---

| | |
|---|---|
| **Fill in this information to identify the case:** | |

Debtor   THE ORIGINAL SOUPMAN, INC.

United States Bankruptcy Court for the:  District of Delaware

Case number   17-11313
(if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

1. **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **CASH ON HAND**

| | | | |
|---|---|---|---|
| 2.1. | CASH | | $11,419.80 |

3. **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
   *(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | NOTHEFIELD BANK | CHECKING- BUSINESS | | $100.00 |
| 3.2. | TD BANK | CHECKING- BUSINESS | 3765 | $11,910.95 |
| 3.3. | TD BANK | CHECKING- BUSINESS | 5308 | $44.28 |

4. **OTHER CASH EQUIVALENTS**

5. **Total of Part 1.**
   ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.     $23,475.03

### Part 2:    DEPOSITS AND PREPAYMENTS

6. **DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**
   DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

Debtor    THE ORIGINAL SOUPMAN, INC.
(Name)

Case number (if known) 17-11313

| | Current value of debtor's interest |
|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.1. | ADVANTAGE MARKET SOLUTIONS, 2016 MARKET PORTAL | $810.95 |
| 8.2. | LIBERTY INTERNATIONAL UNDERWRITERS, VANDBRIDGE, LLC | $6,886.04 |
| 8.3. | OTC MARKETS GROUP, INC. | $493.15 |
| 8.4. | STRIVE LOGISTICS | $4,898.87 |

**9 Total of Part 2.**
ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81.

$13,089.01

## Part 3:    ACCOUNTS RECEIVABLE

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| | | | | |
|---|---|---|---|---|
| 90 DAYS OR LESS | $67,440.11 | - | doubtful or uncollectable accounts | = → $67,440.11 |
| | face amount | | | |
| OVER 90 DAYS OLD | $225,089.16 | - | doubtful or uncollectable accounts | = → $225,089.16 |
| | face amount | | | |

**12 Total of Part 3.**
CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82.

$292,529.27

## Part 4:    INVESTMENTS

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| Debtor | THE ORIGINAL SOUPMAN, Inc. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| 17 | **Total of Part 4.** | | |
|---|---|---|---|
| | ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | |

---

**Part 5:**    **INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.**    **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **RAW MATERIALS** | | | | |
| **20.**   **WORK IN PROGRESS** | | | | |
| **21.**   **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| 21.1.   35,204 CASES | 6/12/2017 | $367,685.10 | BOOK VALUE | $367,685.10 |
| 21.2.   STATEN ISLAND INVENTORY | 6/12/2017 | $3,792.00 | BOOK VALUE | $3,792.00 |
| **22.**   **OTHER INVENTORY OR SUPPLIES** | | | | |

| 23 | **Total of Part 5.** | | $371,477.10 |
|---|---|---|---|
| | ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | |

**24.**   **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.**   **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.**   **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.**   **FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.**   **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |

---

Debtor  THE ORIGINAL SOUPMAN, INC.                                    Case number (if known) 17-11313
_____
(Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33  Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

**34.  Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☒ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 7:  OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| 39.1.  MISCELLANEOUS FURNITURE AND EQUIPMENT | $1,190.91 | BOOK VALUE | $1,190.91 |
| **40. OFFICE FIXTURES** | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.  COMPUTER EQUIPMENT | $514.29 | BOOK VALUE | $514.29 |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

**43  Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.                                    $1,705.20

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

Debtor    THE ORIGINAL SOUPMAN, INC.                    Case number (if known) 17-11313
          (Name)

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |

46.  **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

48.  **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

49.  **AIRCRAFT AND ACCESSORIES**

50.  **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

51  **Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | REAL PROPERTY |

54.  **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55.  **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56  **Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

Debtor    THE ORIGINAL SOUPMAN, INC.                                    Case number (if known)    17-11313
         (Name)

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 10: | INTANGIBLES AND INTELLECTUAL PROPERTY |
| --- | --- |

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.  LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63.  CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.  OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.  GOODWILL** | | | |

**66  Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
| --- | --- |

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.
☑ No. Go to Part 12.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**71.  NOTES RECEIVABLE**

DESCRIPTION (INCLUDE NAME OF OBLIGOR)

**72.  TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)**

   DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

**73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES**

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

**78  Total of Part 11.**
   ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $23,475.03 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $13,089.01 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $292,529.27 | |
| **83. Investments.** *Copy line 17, Part 4.* | | |
| **84. Inventory.** *Copy line 23, Part 5.* | $371,477.10 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,705.20 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88. Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . �ड | | |

| | |
|---|---|
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* |
| **90.** | **All other assets.** *Copy line 78, Part 11.*                    **+** |

**91.** **Total.** Add lines 80 through 90 for each column. . . . . . . . . 91a.    $702,275.61 **+** 91b

**92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $702,275.61

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor</td><td>THE ORIGINAL SOUPMAN, INC.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number<br>(if known)</td><td>17-11313</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible.**

1.  1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><b>Part 1:</b>   <b>List All Creditors with Secured Claims</b></td></tr>
</table>

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** | **Creditor's name**<br>CORPORATION SERVICE COMPANY<br><br>**Creditor's mailing address**<br>AS REPRESENTATIVE<br>PO BOX 2576<br><br>SPRINGFIELD, IL  62708<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN |  |
| **2.2** | **Creditor's name**<br>HILLAIR CAPITAL INVESTMENTS LP<br><br>**Creditor's mailing address**<br>345 LORTON AVENUE<br>SUITE 303<br>BURLINGAME, CA  94010<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/28/2016<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>SECURED NOTE<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,360,000.00 |  |

| Debtor | THE ORIGINAL SOUPMAN, INC. | | Case number (if known) | 17-11313 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.3 | **Creditor's name**<br>HILLAIR CAPITAL INVESTMENTS LP<br><br>**Creditor's mailing address**<br>345 LORTON AVENUE<br>SUITE 303<br>BURLINGAME, CA 94010<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/21/2017<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>SECURED NOTE<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $120,000.00 | |

| 2.4 | **Creditor's name**<br>LAKELAND BANK<br><br>**Creditor's mailing address**<br>166 CHANGEBRIDGE RD<br><br>MONTVILLE, NJ 07045<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | |

| 2.5 | **Creditor's name**<br>NY DEPT OF TAXATION AND FINANCE<br><br>**Creditor's mailing address**<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

Debtor    THE ORIGINAL SOUPMAN, INC.                                   Case number (if known) 17-11313

    (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  |  | Column A | Column B |
| --- | --- | --- | --- | --- |
|  |  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  |  | Do not deduct the value of collateral. |  |

**2.6**    **Creditor's name**
PARK 100 FOODS

**Creditor's mailing address**

**Creditor's email address**

**Date or dates debt was incurred**
10/1/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
SECURED NOTE

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200,000.00

---

**2.7**    **Creditor's name**
PENNY FERN HART

**Creditor's mailing address**
200 EAST END AVENUE

NEW YORK, NY  10128

**Creditor's email address**

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

UNKNOWN

---

**2.8**    **Creditor's name**
PENNY HART

**Creditor's mailing address**

**Creditor's email address**

**Date or dates debt was incurred**
10/9/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
SETTLEMENT

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$690,000.00

---

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) 17-11313 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| **2.9** | **Creditor's name** <br> PLATINUM RAPID FUNDING GROUP, LTD <br><br> **Creditor's mailing address** <br> 348 RXR PLAZA <br><br> UNIONDALE, NY  11556 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | |
| **2.10** | **Creditor's name** <br> US FOODS INC <br><br> **Creditor's mailing address** <br> 1051 AMBOY AVENUE <br><br> PERTH AMBOY, NJ  08861 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNKNOWN | |
| **3.** | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $5,370,000.00 | |

| Fill in this information to identify the case: |
| --- |
| Debtor    THE ORIGINAL SOUPMAN, INC. |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number    17-11313 (if known) |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |
| 2.1 | **Priority creditor's name and mailing address**<br>BALSTER<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,200.01 | $5,200.01 |
| 2.2 | **Priority creditor's name and mailing address**<br>CASALE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED PAYROLL<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $45,509.87 | $12,850.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>CONNECTICUT DEPT OF REVENUE SERVICES<br>25 SIGOURNEY ST, SUITE 2<br><br>HARTFORD, CT  06106-5032<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

Debtor    THE ORIGINAL SOUPMAN, INC.    Case number (if known) 17-11313
          (Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.4** **Priority creditor's name and mailing address**

CONNECTICUT DEPT OF REVENUE SERVICES
OPERATIONS DIVISION - INCOME TAX TEAMS
450 COLUMBUS BLVD., STE 1

HARTFORD, CT  06103-5032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.5** **Priority creditor's name and mailing address**

DAN RUBANO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $94,744.45   Priority amount: $12,850.00

---

**2.6** **Priority creditor's name and mailing address**

DISTRICT OF CONNECTICUT
DEIRDRE M. DALY
NEW HAVEN OFFICE
157 CHURCH ST, FL 25
NEW HAVEN, CT  06510

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

---

**2.7** **Priority creditor's name and mailing address**

DISTRICT OF CONNECTICUT
DEIRDRE M. DALY
BRIDGEPORT OFFICE
1000 LAFAYETTE BLVD, 10TH FL
BRIDGEPORT, CT  06604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN   Priority amount: UNKNOWN

Debtor    THE ORIGINAL SOUPMAN, INC.                    Case number (if known) 17-11313

(Name)

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.8**    **Priority creditor's name and mailing address**

DISTRICT OF CONNECTICUT
DEIRDRE M. DALY
HARTFORD OFFICE
450 MAIN ST, ROOM 328
HARTFORD, CT  06103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.9**    **Priority creditor's name and mailing address**

JAMIESON KARSON

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PAYROLL

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $46,034.87    Priority amount: $12,850.00

---

**2.10**    **Priority creditor's name and mailing address**

NEW YORK DEPT. OF FINANCE
BANKRUPTCY SECTION
PO BOX 5300

ALBANY, NY  12205-0300

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.11**    **Priority creditor's name and mailing address**

NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
BLDG 9 RM 449

ALBANY, NY  12227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.12**    **Priority creditor's name and mailing address**

NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
RM 700

ALBANY, NY  12227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|

**2.13**

Priority creditor's name and mailing address
NYS DEPT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9, ROOM 100
WA HARRIMAN CAMPUS
ALBANY, NY 12227

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

**2.14**

Priority creditor's name and mailing address
ROBERT BERTRAND

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $60,721.99
Priority amount: $12,850.00

---

**2.15**

Priority creditor's name and mailing address
SEBASTIAN RAMETTA

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $48,241.73
Priority amount: $12,850.00

---

**2.16**

Priority creditor's name and mailing address
SHIPP

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCRUED PAYROLL

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $40,865.75
Priority amount: $12,850.00

---

**2.17**

Priority creditor's name and mailing address
SOUTHERN DISTRICT OF NEW YORK
JOON KIM
CIVIL DIVISION
86 CHAMBERS ST
NEW YORK, NY 10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAX

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN
Priority amount: UNKNOWN

---

| Debtor | THE ORIGINAL SOUPMAN, INC. | | Case number (if known) 17-11313 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 1:** | **Additional Page** | | |
| --- | --- | --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.18 | **Priority creditor's name and mailing address**<br><br>SOUTHERN DISTRICT OF NEW YORK<br>JOON KIM<br>MAIN OFFICE & CRIMINAL DIVISION<br>ONE ST ANDREW'S PLAZA<br>NEW YORK, NY 10007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| 2.19 | **Priority creditor's name and mailing address**<br><br>SOUTHERN DISTRICT OF NEW YORK<br>JOON KIM<br>WHITE PLAINS DIVISION<br>300 QUARROPAS ST<br>WHITE PLAINS, NY 10601<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) () | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNKNOWN | UNKNOWN |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** | | |
| --- | --- | --- | --- |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>ADVANTAGE SALES & MARKETING<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED COMMISSION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $33,134.27 |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>ADVANTAGE SOLUTIONS<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,874.70 |

Debtor   THE ORIGINAL SOUPMAN, INC.                    Case number (if known) 17-11313

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address**<br>AL YEGANEH<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>ACCRUED ROYALTY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $462,085.34 |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>AMBOY COLD STORAGE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>BAKER TILLY VIRCHOW KRAUSE, LLP<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,077.50 |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>BARBARA AXELSON<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,592.09 |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>BENDER GROUP, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,000.00 |

| Debtor | THE ORIGINAL SOUPMAN, INC | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

---

**3.8** | **Nonpriority creditor's name and mailing address**
BNSF LOGISTICS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,393.86

---

**3.9** | **Nonpriority creditor's name and mailing address**
BROADRIDGE ICS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,619.31

---

**3.10** | **Nonpriority creditor's name and mailing address**
C. P. CRASKA, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$337.34

---

**3.11** | **Nonpriority creditor's name and mailing address**
C.H.ROBINSON WORLDWIDE,INC.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,260.16

---

**3.12** | **Nonpriority creditor's name and mailing address**
CADRENET, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>CARLSON SPECIALTY<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,966.58 |
| --- | --- | --- | --- |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>CHEX FINER FOODS,INC.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23.70 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>CT CORPORATION<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,979.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>DAN RUBANO<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5,266.67 |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>DEPARTMENT OF REVENUE SERVICES<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,533.00 |

Debtor   THE ORIGINAL SOUPMAN, INC.                          Case number (if known)   17-11313

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |
| **3.18** | **Nonpriority creditor's name and mailing address**<br>DESTINY TRANSPORTATION, INC.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |
| **3.19** | **Nonpriority creditor's name and mailing address**<br>EDGAR FILINGS, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,874.50 |
| **3.20** | **Nonpriority creditor's name and mailing address**<br>EISNER AMPER<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,400.00 |
| **3.21** | **Nonpriority creditor's name and mailing address**<br>EXECUTIVE SUITES AT THE GARDENS, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,972.82 |
| **3.22** | **Nonpriority creditor's name and mailing address**<br>FDOT TURNPIKE ENTERPRISE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1.00 |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | Amount of claim |
|---|---|---|---|

| 3.23 | **Nonpriority creditor's name and mailing address**<br>FEDEX<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE DEBT<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $446.35 |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>FMI SHOW MANAGEMENT<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE DEBT<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $300.00 |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>FULL CIRCLE MARKETING, LLC<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE DEBT<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,165.00 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>GAGE SPENCER & FLEMING LLP<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE DEBT<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $61,925.88 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>GOLDEN NEEDLE<br>**Date or dates debt was incurred**<br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**<br>TRADE DEBT<br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $562.02 |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) 17-11313 |
|---|---|---|
| | (Name) | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.28 | **Nonpriority creditor's name and mailing address**<br>GOURMET SALES & MARKETING<br><br>**Date or dates debt was incurred**<br>9/1/2009<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNSECURED NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,417.00 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>GRACIN & MARLOW, LLP<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $542,806.32 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>GREAT NORTHERN CORPORATION<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,124.69 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>GREAT WESTERN TRANSPORTATION<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,605.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>GROCERY HEADQUARTERS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,500.00 |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) 17-11313 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.33** | **Nonpriority creditor's name and mailing address**
HEB

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$215.08

---

**3.34** | **Nonpriority creditor's name and mailing address**
HOWARD TEICH

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.32

---

**3.35** | **Nonpriority creditor's name and mailing address**
HUGHES HUBBARD & REED, LLP

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$415,255.49

---

**3.36** | **Nonpriority creditor's name and mailing address**
IBM CORPORATION

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,007.09

---

**3.37** | **Nonpriority creditor's name and mailing address**
INSTORE AUDIO NETWORK

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,142.00

---

Debtor    THE ORIGINAL SOUPMAN, INC    Case number (if known) 17-11313
_____
(Name)

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
</table>

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>IPMF, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $331,896.00 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>IRT MFG, LLC.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $281.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>KEYFOOD<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $247.20 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>LABRYS FUND LP<br><br>**Date or dates debt was incurred**<br>4/17/2017<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNSECURED NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160,640.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>LAGROU DISTRIBUTION SYSTEM, INC.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,530.09 |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.43** | **Nonpriority creditor's name and mailing address**
LAW OFFICES OF TIMOTHY KEBBE

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,752.44

---

**3.44** | **Nonpriority creditor's name and mailing address**
MALONE BAILEY LLP

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,000.00

---

**3.45** | **Nonpriority creditor's name and mailing address**
MARCUM LLP

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,815.00

---

**3.46** | **Nonpriority creditor's name and mailing address**
MILANO PROMOTIONAL SERVICES, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$131.17

---

**3.47** | **Nonpriority creditor's name and mailing address**
NEW YORK STATE DEPARTMENT OF LABOR

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.49

---

Debtor  THE ORIGINAL SOUPMAN, INC.                          Case number (if known) 17-11313
        (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,000.00

NEW YORK STATE WORKERS COMPENSATION BOARD

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00

NIALL MADDEN, LLC.

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $853.87

OTC MARKETS GROUP, INC.

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,625.00

PCG ADVISORY GROUP

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $177,455.00

PLATINUM 2

*Check all that apply.*

**Date or dates debt was incurred**
1/27/2017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNSECURED NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $828.00 |
| | POWER UP 1 | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | 6/9/2016 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNSECURED NOTE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,105.00 |
| | POWER UP 3 | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | 1/12/2017 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNSECURED NOTE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53,214.00 |
| | POWER UP 4 | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | 3/14/2017 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNSECURED NOTE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,381.30 |
| | PREFERRED FREEZER SERVICES | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE DEBT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,079.53 |
| | PROMOWORKS | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | TRADE DEBT | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313-LSS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | | Amount of claim |
|---|---|---|---|

| 3.58 | **Nonpriority creditor's name and mailing address**<br>RBS MEDIA GROUP, LLC<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,280.00 |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>ROBERT BERTRAND<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,266.67 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>ROBINSON BROG LEINWAND GREENE GENOVESE<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,795.87 |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>SEBASTIAN RAMETTA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,266.67 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>SHAW'S SUPERMARKETS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,803.50 |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.63 | **Nonpriority creditor's name and mailing address**<br>SHEPARD EXPOSITIONS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>SHEPPARD MULLIN<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,049.74 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>SHORE TEL<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,597.35 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>SIMPLICIT CONSULTING<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46,633.70 |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>SPS COMMERCE, INC.<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE DEBT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.00 |

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.68** **Nonpriority creditor's name and mailing address**
TETRA PAK, INC.

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,950.00

---

**3.69** **Nonpriority creditor's name and mailing address**
THOMAS CAPPA

**Date or dates debt was incurred**
7/11/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNSECURED NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,000.00

---

**3.70** **Nonpriority creditor's name and mailing address**
TLK MARKETING

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,617.41

---

**3.71** **Nonpriority creditor's name and mailing address**
TRW LAW GROUP

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$401.50

---

**3.72** **Nonpriority creditor's name and mailing address**
UNITED IMAGING

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$249.98

---

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.73** | **Nonpriority creditor's name and mailing address**
UPS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$386.44

---

**3.74** | **Nonpriority creditor's name and mailing address**
V STOCK TRANSFER

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$435.00

---

**3.75** | **Nonpriority creditor's name and mailing address**
WAGEWORKS

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.76** | **Nonpriority creditor's name and mailing address**
WAKEFERN FOOD CORP

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,603.81

---

**3.77** | **Nonpriority creditor's name and mailing address**
WILLIAM CIARAMELLO

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EXPENSE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.56

---

| Debtor | THE ORIGINAL SOUPMAN, INC. | Case number (if known) | 17-11313 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63.38 |

WIXON

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
TRADE DEBT

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $341,318.67 |
| 5b. | Total claims from Part 2 | 5b. + | $2,729,831.75 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,071,150.42 |

| Fill in this information to identify the case: |
|---|

| Debtor | THE ORIGINAL SOUPMAN, INC. |
|---|---|

United States Bankruptcy Court for the: District of Delaware

| Case number (if known) | 17-11313 |
|---|---|

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FRANCHISE AGREEMENT | AC FOOD HALL <br> ATLANTIC CITY RESORTS |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FRANCHISE AGREEMENT | COSMO'S PIZZA <br> COLONY MALL, ALBANY |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FRANCHISE AGREEMENT | DNV FOOD GROUP <br> 55 STREET |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FRANCHISE AGREEMENT | FAMILY SOUP <br> MOHEGAN SUN CASINO |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT | HOWARD TEICH |

| Debtor | THE ORIGINAL SOUPMAN, INC | Case number (if known) | 17-11313 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br><br><br><br>JAMIESON KARSON |
| **2.7** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT<br><br><br><br>JUSTIN POD<br>BUFFALO NY |
| **2.8** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT<br><br><br><br>MIKE BELVEDRE, COLDSTONE CREAMERY QUEENS |
| **2.9** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT<br><br><br><br>MR. KIM<br>59TH STREET AND 5TH AVE |
| **2.10** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br><br><br><br>ROBERT AZINIAN |
| **2.11** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMPLOYMENT AGREEMENT<br><br><br><br>SEBASTIAN RAMETTA |
| **2.12** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FRANCHISE AGREEMENT<br><br><br><br>SPICE BERRY, INC<br>38TH STREET AND 6TH AVE |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | THE ORIGINAL SOUPMAN, INC. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 17-11313 |

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes.

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | THE ORIGINAL SOUPMAN, INC. |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 17-11313 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/13/2017
      MM / DD / YYYY

✖ /s/ Mike Wyse
Signature of individual signing on behalf of debtor

Mike Wyse
Printed name

Chief Restructuring Officer
Position or relationship to debtor