**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF** Delaware

In re: The Original Soupman, Inc., et al.
Case No. 17-11313 (LSS)    Reporting Period: July 2017

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.
Submit copy of report to any official committee appointed in the case.

| Document | Explanation | Affidavit/Supplement |
|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Done |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | Done |
| Schedule of Professional Fees Paid | MOR-1b | Done |
| Copies of bank statements | | Done |
| Cash disbursements journals | | Done |
| Statement of Operations | MOR-2 | Done |
| Balance Sheet | MOR-3 | Done |
| Status of Postpetition Taxes | MOR-4 | |
| Copies of IRS Form 6123 or payment receipt | | NA |
| Copies of tax returns filed during reporting period | | NA |
| Summary of Unpaid Postpetition Debts | MOR-4 | NA |
| Listing of aged accounts payable | MOR-4 | Done |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Done |
| Debtor Questionnaire | MOR-5 | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____    _____
Signature of Debtor    Date

_____    _____
Signature of Joint Debtor    Date

_____    Date 8/21/2017
Signature of Authorized Individual*
/s/ Michael Wyse

Printed Name of Authorized Individual: Michael Wyse
Title of Authorized Individual: Chief Restructuring Officer

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**THE ORIGINAL SOUPMAN, INC.**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**7/31/2017**

| BANK ACCOUNTS | JULY 1 - JULY 31 ACTUAL | JULY 1 - JULY 31 PROJECTED | CUMULATIVE FILING TO DATE ACTUAL | CUMULATIVE FILING TO DATE PROJECTED |
|---|---|---|---|---|
| **CASH BEGINNING OF PETITION DAY** | $ 449,900.70 | $ 331,305.00 | $ 449,900.70 | $ 331,305.00 |
| **RECEIPTS** | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE | $ 17,376.88 | $ 89,612.00 | $ 17,376.88 | $ 89,612.00 |
| ROYALTIES | $ - | $ 8,000.00 | $ - | $ 8,000.00 |
| SALE OF ASSETS | $ - | $ - | $ - | $ - |
| OTHER (ATTACH LIST) | $ 686,025.00 | $ 1,000,000.00 | $ 686,025.00 | $ 1,000,000.00 |
| TRANSFERS (FROM TD ACCTS) | $ 3,094.26 | $ - | $ 3,094.26 | $ - |
| | | | $ - | $ - |
| **TOTAL RECEIPTS** | $ 706,496.14 | $ 1,097,612.00 | $ 706,496.14 | $ 1,097,612.00 |
| **DISBURSEMENTS** | | | | |
| NET PAYROLL | $ 48,095.79 | $ 30,017.66 | $ 48,095.79 | $ 30,017.66 |
| PAYROLL TAXES | $ 17,799.02 | $ 12,880.34 | $ 17,799.02 | $ 12,880.34 |
| SALES, USE, & OTHER TAXES | $ - | $ - | $ - | $ - |
| INVENTORY PURCHASES | $ 247,175.14 | $ 604,200.00 | $ 247,175.14 | $ 604,200.00 |
| SECURED/ RENTAL/ LEASES | $ - | $ 3,554.00 | $ - | $ 3,554.00 |
| INSURANCE | $ 12,804.90 | $ 1,335.00 | $ 12,804.90 | $ 1,335.00 |
| ADMINISTRATIVE | $ 20,435.40 | $ 9,118.00 | $ 20,435.40 | $ 9,118.00 |
| SELLING | $ 5,596.02 | $ 38,673.00 | $ 5,596.02 | $ 38,673.00 |
| FINANCING FEES | $ 3,750.00 | $ - | $ 3,750.00 | $ - |
| CRITICAL VENDOR PAYMENT | | $ - | $ - | $ - |
| RESTRUCTURING FEES | | | $ - | $ - |
| OWNER DRAW * | $ - | $ - | $ - | $ - |
| TRANSFERS (TO DIP ACCTS) | $ - | $ - | $ - | $ - |
| PROFESSIONAL FEES | $ 21,546.65 | $ 6,600.00 | $ 21,546.65 | $ 6,600.00 |
| U.S. TRUSTEE QUARTERLY FEES | $ 975.00 | $ - | $ 975.00 | $ - |
| COURT COSTS | $ - | $ - | $ - | $ - |
| **TOTAL DISBURSEMENTS** | $ 378,177.92 | $ 706,378.00 | $ 378,177.92 | $ 706,378.00 |
| | | | | |
| NET CASH FLOW | $ 328,318.22 | $ 391,234.00 | $ 328,318.22 | $ 391,234.00 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| | | | | |
| **CASH - END OF MONTH** | $ 778,218.92 | $ 722,539.00 | $ 778,218.92 | $ 722,539.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

**THE FOLLOWING SECTION MUST BE COMPLETED**

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | $ |
| LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $ |

FORM MOR-1

**THE ORIGINAL SOUPMAN, INC.**
**CASH DISBURSEMENTS**
**7/31/2017**

| Type | Date | Num | Name | Expense Account | Amount |
|---|---|---|---|---|---|
| Check | 07/03/2017 | 104 | Kiosk Concepts, Inc. | Rubano Expense- reimbursement (pre-petition) | $ (2,827.25) |
| Check | 07/03/2017 | EFT | DIP Financing | Interest Expense | $ (3,750.00) |
| Check | 07/03/2017 | EFT | ADP Tax/Financial | Payroll | $ (87.56) |
| Check | 07/03/2017 | EFT | ADP Tax/Financial | Payroll | $ (9,685.11) |
| Check | 07/03/2017 | EFT | US Premium Finance | Prepaid Insurance | $ (7,462.50) |
| Check | 07/06/2017 | EFT | ADP Tax/Financial | Payroll | $ (9,685.11) |
| Check | 07/07/2017 | EFT | Sebastian Rametta | Payroll | $ (5,146.67) |
| Check | 07/07/2017 | EFT | Jamie Karson | Payroll | $ (5,113.57) |
| Check | 07/07/2017 | EFT | Jessy Perez | Payroll | $ (1,607.01) |
| Check | 07/07/2017 | EFT | Executive Suites at the Gardens, LLC | Rent Expense | $ (2,940.00) |
| Check | 07/09/2017 | EFT | Sebastian Rametta | Travel Expense | $ (1,215.33) |
| Check | 07/12/2017 | EFT | Vienna Beef - Inventory Pre-payment | Inventory Pre-payment | $ (50,000.00) |
| Check | 07/14/2017 | EFT | Jamieson Karson | Payroll | $ (10,000.00) |
| Check | 07/14/2017 | EFT | IPMF, LLC | Prepaid Inventory | $ (197,012.00) |
| Check | 07/16/2017 | EFT | Jamieson Karson | Health Insurance | $ (2,100.00) |
| Check | 07/16/2017 | EFT | Jamieson Karson | Travel Expense | $ (377.73) |
| Check | 07/17/2017 | EFT | ADP Tax/Financial | Payroll | $ (80.56) |
| Check | 07/19/2017 | EFT | ADP Tax/Financial | Payroll | $ (9,722.29) |
| Check | 07/20/2017 | EFT | CadreNET, Inc. | Computer and Internet Expenses | $ (2,485.73) |
| Check | 07/20/2017 | EFT | Wyse Advisors,LLC | Professional Fees | $ (21,546.65) |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | Dan Expense Reimbursement | $ (275.63) |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | Dan Expense Reimbursement | $ (2,191.88) |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | Storage | $ (468.00) |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | US Foods Payments | $ (1,927.77) |
| Check | 07/20/2017 | EFT | Jessy Perez | Health Insurance | $ (480.00) |
| Check | 07/21/2017 | EFT | Sebastian Rametta | Payroll | $ (5,146.67) |
| Check | 07/21/2017 | EFT | Jessy Perez | Payroll | $ (1,606.99) |
| Check | 07/21/2017 | EFT | Jamieson Karson | Payroll | $ (5,113.56) |
| Check | 07/24/2017 | EFT | ADP Tax/Financial | Payroll | $ (7.00) |
| Check | 07/26/2017 | EFT | Kiosk Concepts, Inc. | Consulting | $ (7,000.00) |
| Bill Pmt -Check | 07/27/2017 | EFT | SPS Commerce, Inc. | Registration Fees | $ (115.90) |
| Bill Pmt -Check | 07/27/2017 | EFT | BNSF Logistics | Freight | $ (1,689.00) |
| Bill Pmt -Check | 07/27/2017 | EFT | LaGrou Distribution System, Inc. | Storage | $ (1,511.25) |
| Check | 07/27/2017 | EFT | Vanbridge LLC | Prepaid Insurance | $ (5,342.40) |
| Check | 07/28/2017 | EFT | ADP Tax/Financial | Payroll | $ (80.56) |
| Check | 07/28/2017 | EFT | ADP Tax/Financial | Payroll | $ (232.15) |
| Bill Pmt -Check | 07/31/2017 | EFT | Office of the U.S. Trustee | Bankrupcy Quarterly Fee | $ (325.00) |
| Check | 07/31/2017 | EFT | Kiosk Concepts, Inc. | DNV Food Group - Inventory | $ (163.14) |
| Check | 07/31/2017 | EFT | Kiosk Concepts, Inc. | Bankrupcy Quarterly Fee | $ (325.00) |
| Check | 07/31/2017 | EFT | Soupman, Inc. | Bankrupcy Quarterly Fee | $ (325.00) |
| Check | 07/31/2017 | EFT | Sebastian Rametta | Travel Expense | $ (600.00) |
| Check | 07/31/2017 | EFT | Sebastian Rametta | Travel Expense | $ (405.95) |
| | | | | | $ (378,177.92) |
| | | | | | $ (378,177.92) |

**THE ORIGINAL SOUPMAN, INC.**
**AP AGING**
**7/31/2017**

|  | Expense Account | Current | 1 - 30 | TOTAL |
|---|---|---|---|---|
| BNSF Logistics | Freight | $ 1,048.00 | $ 1,831.86 | $ 2,879.86 |
| Executive Suites at the Gardens, LLC | Rent | $ - | $ 15.02 | $ 15.02 |
| Fedex | Postage | $ - | $ 367.66 | $ 367.66 |
| LaGrou Distribution System, Inc. | Storage | $ 202.13 | $ - | $ 202.13 |
| Preferred Freezer Services | Storage | $ 2,525.00 | $ - | $ 2,525.00 |
| Ronald Lawrence Crane | Legal Fees | $ - | $ 360.00 | $ 360.00 |
| Shore Tel | Telephone | $ 532.14 | $ - | $ 532.14 |
| SPS Commerce, Inc. | Registration Fees | $ 117.80 | $ - | $ 117.80 |
| Wakefern Food Corp | Promotion | $ 2,407.07 | $ - | $ 2,407.07 |
| Wyse Advisory, LLC | Expenses | $ 868.78 |  | $ 868.78 |
| **TOTAL** |  | **$ 7,700.92** | **$ 2,574.54** | **$10,275.46** |

**KIOSK, INC.**
**AP AGING**
**7/31/2017**

|  | **Expense Account** | **Current** |  | **1 - 30** |  | **TOTAL** |
|---|---|---:|---|---:|---|---:|
| Vienna Beef Ltd. | Postage (samples) | $ 158.25 | $ | 268.00 |  | 426.25 |
| **TOTAL** |  | **$ 158.25** | **$** | **268.00** | **$** | **426.25** |

**THE ORIGINAL SOUPMAN, INC.**
**AR AGING**
**7/31/2017**

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **C&S Wholesale Grocers** | $ 1,230.00 | $ 2,460.00 | $ 2,460.00 | $ - | $ 4,442.43 | $ 10,592.43 |
| **Chex Finer Foods, Inc.** | $ - | $ - | $ - | $ 908.85 | $ 17,869.03 | $ 18,777.88 |
| **Fairway Markets** | $ - | $ - | $ - | $ - | $ 270.00 | $ 270.00 |
| **Kehe Food Distributors** | $ 2,376.13 | $ 2,945.02 | $ 123.71 | $ 3,105.00 | $ 49,033.99 | $ 57,583.85 |
| **Total Kroger (KRG LLC)** | $ 11,685.00 | $ 4,521.95 | $ 197.49 | $ 2,148.11 | $ 1,269.42 | $ 19,821.97 |
| **Publix Super Markets, Inc.** | $ - | $ - | $ - | $ 5,923.51 | $ 34,514.78 | $ 40,438.29 |
| **Shaws** | $ 1,845.00 | $ 3,040.40 | $ - | $ - | $ 1,513.48 | $ 6,398.88 |
| **Shoprite Supermarkets** | $ - | $ - | $ - | $ - | $ 5,293.30 | $ 5,293.30 |
| **Supervalu, Inc.** | $ 2,460.00 | $ 2,460.00 | $ 3,075.00 | $ - | $ 77,250.00 | $ 85,245.00 |
| **The Golub Corp. (Price Chopp** | $ - | $ - | $ - | $ - | $ 35,730.00 | $ 35,730.00 |
| **Wakefern** | $ - | $ 1,845.00 | $ - | $ - | $ 24,803.87 | $ 26,648.87 |
|  | $ 19,596.13 | $ 17,272.37 | $ 5,856.20 | $ 12,085.47 | $ 251,990.30 | $ 306,800.47 |

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $294,126.97 |
| (+) Amounts billed during the period | $21,165.00 |
| (- )Amounts collected during the period | ($8,491.50) |
| **Total Accounts Receivable at the end of the reporting period** | **$306,800.47** |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0 - 30 days old | $36,868.50 |
| 31 - 60 days old | $5,856.20 |
| 61 - 90 days old | $12,085.47 |
| 91+ days old | $251,990.30 |
| Total Accounts Receivable | $306,800.47 |
| Amount considered uncollectible (Bad Debt) | ($255,334.54) |
| **Accounts Receivable (Net)** | **$51,465.93** |

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| AC Food Hall Partners, LLC | $ 5,000.00 | $ - | $ 5,000.00 | $ 5,000.00 | $ 12,239.39 | $ 27,239.39 |

**Soupman, Inc.**
**AR Aging**
**7/31/2017**

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| **Amazon.com.dedc, LLC.** | $ - | $ - | $ - | $ - | $ 2,584.66 | $ 2,584.66 |
| **Barnes & Noble** | $ - | $ - | $ - | $ - | $ 155.00 | $ 155.00 |
| **Beyar's Market** | $ - | $ - | $ - | $ - | $ (54.00) | $ (54.00) |
| **Cavallaro Foods, LLC.** | $ - | $ - | $ - | $ - | $ (688.82) | $ (688.82) |
| **DNV Foods Group, Inc.** | $ - | $ - | $ - | $ - | $ 3,013.00 | $ 3,013.00 |
| **Family Soup, LLC.** | $ - | $ - | $ - | $ - | $ 217.00 | $ 217.00 |
| **Kroger (KRG LLC)** | | | | | | |
|     Kroger (KRG LLC) Northern | $ - | $ - | $ - | $ - | $ 23,894.76 | $ 23,894.76 |
|     Kroger (KRG LLC) Southeast | $ - | $ - | $ - | $ - | $ 2,393.00 | $ 2,393.00 |
|     Kroger (KRG LLC) - Other | $ - | $ - | $ - | $ - | $ (26,287.76) | $ (26,287.76) |
| **Total Kroger (KRG LLC)** | $ - | $ - | $ - | $ - | $ - | $ - |
| **Met Foods Victory Blvd.** | $ - | $ - | $ - | $ - | $ 279.00 | $ 279.00 |
| **QuickBites** | $ - | $ - | $ - | $ - | $ 1,891.00 | $ 1,891.00 |
| **Soupman Mohegan Sun Resorts Casino** | $ - | $ - | $ - | $ - | $ 775.00 | $ 775.00 |
| **Sunoco #8436 Holbrook, NY** | $ - | $ - | $ - | $ - | $ 45.00 | $ 45.00 |
| **Sunoco #9348 Port Jefferson, NY** | $ - | $ - | $ - | $ - | $ 183.00 | $ 183.00 |
| **Sunoco Hempstead, NY** | $ - | $ - | $ - | $ - | $ 183.00 | $ 183.00 |
| **Sunoco Mount Sinai, NY** | $ - | $ - | $ - | $ - | $ 183.00 | $ 183.00 |
| **Teri Nichols IFM, LLC.** | $ - | $ - | $ - | $ - | $ (6,800.43) | $ (6,800.43) |
| **TOTAL** | $ - | $ - | $ - | $ - | $ 1,965.41 | $ 1,965.41 |

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $1,965.41 |
| (+) Amounts billed during the period | - |
| (- )Amounts collected during the period | - |
| **Total Accounts Receivable at the end of the reporting period** | **$1,965.41** |
| | |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | - |
| 31 - 60 days old | - |
| 61 - 90 days old | - |
| 91+ days old | $1,965.41 |
| Total Accounts Receivable | $1,965.41 |
| <span style="color:red">Amount considered uncollectible (Bad Debt)</span> | <span style="color:red">($1,965.41)</span> |
| **Accounts Receivable (Net)** | - |

**BANK RECONCILIATIONS**

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

|  |  | Robobank |  |
|---|---|---:|---|
| **BALANCE PER BOOKS** | $ | 778,218.92 |  |
|  |  |  |  |
| BANK BALANCE | $ | 779,126.75 |  |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | $ | 1,236.26 |  |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | $ | (2,144.09) |  |
| OTHER (ATTACH EXPLANATION) |  |  |  |
| **ADJUSTED BANK BALANCE *** | $ | 778,218.92 |  |
| * Adjusted bank balance must equal |  |  |  |
|   balance per books |  |  |  |
|  |  |  |  |
| **DEPOSITS IN TRANSIT** | Date | Amount |  |
| Kroger- Receivable | 7/31/2017 | $ | 1,210.26 |
| Pesi Co. - Promotion | 7/31/2017 | $ | 25.00 |
| Kroger- Receivable | 7/31/2017 | $ | 1.00 |
| **CHECKS OUTSTANDING** | Ck. # | Amount |  |
| **Sebastian Rametta** | 115 | $ | 600.00 |
| **Sebastian Rametta** | 114 | $ | 405.95 |
| **Office of the US Trustee** | 113, 112, 111 | $ | 975.00 |
| **Kiosk Concepts - DNV Foods** | 116 | $ | 163.14 |

9:40 AM
08/01/17

**The Original Soupman, Inc.**
**Reconciliation Detail**
Robobank, Period Ending 07/31/2017

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 449,900.70 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 36 items** | | | | | | |
| Check | 07/03/2017 | EFT | ADP Tax/Financial | X | -9,685.11 | -9,685.11 |
| Check | 07/03/2017 | EFT | US Premium Finance | X | -7,462.50 | -17,147.61 |
| Check | 07/03/2017 | EFT | DIP Financing | X | -3,750.00 | -20,897.61 |
| Check | 07/03/2017 | 104 | Kiosk Concepts, Inc. | X | -2,827.25 | -23,724.86 |
| Check | 07/03/2017 | EFT | ADP Tax/Financial | X | -87.56 | -23,812.42 |
| Check | 07/06/2017 | EFT | ADP Tax/Financial | X | -9,685.11 | -33,497.53 |
| Check | 07/07/2017 | EFT | Sebastian Rametta | X | -5,146.67 | -38,644.20 |
| Check | 07/07/2017 | EFT | Jamie Karson | X | -5,113.57 | -43,757.77 |
| Check | 07/07/2017 | EFT | Executive Suites at t... | X | -2,940.00 | -46,697.77 |
| Check | 07/07/2017 | EFT | Jessy Perez | X | -1,607.01 | -48,304.78 |
| Check | 07/09/2017 | EFT | Sebastian Rametta | X | -1,215.33 | -49,520.11 |
| Check | 07/12/2017 | EFT | Kiosk Concepts, Inc. | X | -50,000.00 | -99,520.11 |
| Check | 07/14/2017 | EFT | IPMF, LLC | X | -197,012.00 | -296,532.11 |
| Check | 07/14/2017 | EFT | Jamieson Karson | X | -10,000.00 | -306,532.11 |
| Check | 07/16/2017 | EFT | Jamieson Karson | X | -2,100.00 | -308,632.11 |
| Check | 07/16/2017 | EFT | Jamieson Karson | X | -377.73 | -309,009.84 |
| Check | 07/17/2017 | EFT | ADP Tax/Financial | X | -80.56 | -309,090.40 |
| Check | 07/19/2017 | EFT | ADP Tax/Financial | X | -9,722.29 | -318,812.69 |
| Check | 07/20/2017 | EFT | Wyse Advisors,LLC | X | -21,546.65 | -340,359.34 |
| Check | 07/20/2017 | EFT | CadreNET, Inc. | X | -2,485.73 | -342,845.07 |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | X | -2,191.88 | -345,036.95 |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | X | -1,927.77 | -346,964.72 |
| Check | 07/20/2017 | EFT | Jessy Perez | X | -480.00 | -347,444.72 |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | X | -468.00 | -347,912.72 |
| Check | 07/20/2017 | EFT | Kiosk Concepts, Inc. | X | -275.63 | -348,188.35 |
| Check | 07/21/2017 | EFT | Sebastian Rametta | X | -5,146.67 | -353,335.02 |
| Check | 07/21/2017 | EFT | Jamieson Karson | X | -5,113.56 | -358,448.58 |
| Check | 07/21/2017 | EFT | Jessy Perez | X | -1,606.99 | -360,055.57 |
| Check | 07/24/2017 | EFT | ADP Tax/Financial | X | -7.00 | -360,062.57 |
| Check | 07/26/2017 | EFT | Kiosk Concepts, Inc. | X | -7,000.00 | -367,062.57 |
| Check | 07/27/2017 | EFT | Vanbridge LLC | X | -5,342.40 | -372,404.97 |
| Bill Pmt -Check | 07/27/2017 | EFT | BNSF Logistics | X | -1,689.00 | -374,093.97 |
| Bill Pmt -Check | 07/27/2017 | EFT | LaGrou Distribution ... | X | -1,511.25 | -375,605.22 |
| Bill Pmt -Check | 07/27/2017 | EFT | SPS Commerce, Inc. | X | -115.90 | -375,721.12 |
| Check | 07/28/2017 | EFT | ADP Tax/Financial | X | -232.15 | -375,953.27 |
| Check | 07/28/2017 | EFT | ADP Tax/Financial | X | -80.56 | -376,033.83 |
| | Total Checks and Payments | | | | -376,033.83 | -376,033.83 |
| **Deposits and Credits - 7 items** | | | | | | |
| General Journal | 07/03/2017 | 198 | | X | 7.53 | 7.53 |
| Deposit | 07/03/2017 | EFT | Maramont | X | 4,860.00 | 4,867.53 |
| Deposit | 07/03/2017 | | | X | 5,961.25 | 10,828.78 |
| General Journal | 07/19/2017 | 199 | | X | 686,000.00 | 696,828.78 |
| Deposit | 07/20/2017 | | | X | 2,180.55 | 699,009.33 |
| Deposit | 07/20/2017 | | | X | 3,168.59 | 702,177.92 |
| Check | 07/26/2017 | EFT | TD Bank | X | 3,081.96 | 705,259.88 |
| | Total Deposits and Credits | | | | 705,259.88 | 705,259.88 |
| | Total Cleared Transactions | | | | 329,226.05 | 329,226.05 |
| **Cleared Balance** | | | | | 329,226.05 | 779,126.75 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 07/31/2017 | EFT | Sebastian Rametta | | -600.00 | -600.00 |
| Check | 07/31/2017 | EFT | Sebastian Rametta | | -405.95 | -1,005.95 |
| Bill Pmt -Check | 07/31/2017 | EFT | Office of the U.S. Tr... | | -325.00 | -1,330.95 |
| Check | 07/31/2017 | EFT | Kiosk Concepts, Inc. | | -325.00 | -1,655.95 |
| Check | 07/31/2017 | EFT | Soupman, Inc. | | -325.00 | -1,980.95 |
| Check | 07/31/2017 | EFT | Kiosk Concepts, Inc. | | -163.14 | -2,144.09 |
| | Total Checks and Payments | | | | -2,144.09 | -2,144.09 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 07/31/2017 | | | | 1.00 | 1.00 |
| Deposit | 07/31/2017 | EFT | Pepsico | | 25.00 | 26.00 |
| Deposit | 07/31/2017 | | | | 1,210.26 | 1,236.26 |
| | Total Deposits and Credits | | | | 1,236.26 | 1,236.26 |
| | Total Uncleared Transactions | | | | -907.83 | -907.83 |
| **Register Balance as of 07/31/2017** | | | | | 328,318.22 | 778,218.92 |
| **Ending Balance** | | | | | 328,318.22 | 778,218.92 |

Page 1

Printed: 08/03/17 04:16 AM

# Bank Reconciliation Details

Page: 1

Trustee: Michael Wyse (521590)

Period End: 07/31/17

**Case:** 17-11314 - Soupman Inc. - Debtor in Possession

**Bank Account:**             (Checking Account)

### Outstanding Item Reconciliation:

| | |
|---|---:|
| Trustee Ledger Balance : | ( 742,673.71) |
| Less Deposits in Transit : | ( 1,236.26) |
| Add (Less) Net Outstanding Transfers : | 0.00 |
| Add Outstanding Checks : | 2,144.09 |
| Add (Less) Other Outstanding Items : | 0.00 |
| **Adjusted Ledger Balance :** (ledger balance excluding outstanding items) | **( $741,765.88)** |
| Bank Balance Through July 2017 : | $779,126.75 |

The Bank Balance is higher than the Adjusted Ledger Balance by $1,520,892.63.

## Outstanding Items Detail

| Type | Ref. | Issued | Cleared / Stopped / Voided | Paid To | Amount |
|---|---|---|---|---|---:|
| Check | 111 | 07/31/17 | | US Trustee | ( 325.00) |
| Check | 112 | 07/31/17 | | US Trustee | ( 325.00) |
| Check | 113 | 07/31/17 | | US Trustee | ( 325.00) |
| Check | 114 | 07/31/17 | | Seb Rametta | ( 405.95) |
| Check | 115 | 07/31/17 | | Seb Rametta | ( 600.00) |
| Check | 116 | 07/31/17 | | DNV Food Group Inc | ( 163.14) |
| Deposit | 100006 | 07/31/17 | 08/02/17 Cleared | KeHe | 256.39 |
| Deposit | 100006 | 07/31/17 | 08/02/17 Cleared | KeHe | 953.87 |
| Deposit | 100006 | 07/31/17 | 08/02/17 Cleared | Kroger | 1.00 |
| Deposit | 100006 | 07/31/17 | 08/02/17 Cleared | Pepsico | 25.00 |
| | | | | **Outstanding Items Total :** | **( 907.83)** |