# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | THE ORIGINAL SOUPMAN, INC. | | |
| **Case Number:** | 17-11313-LSS | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, AUGUST 29, 2017 02:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | LAURIE S. SILVERSTEIN | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Sale Hearing

**R / M #:**   169 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Continued to 8/30/17 at 10:30