IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ORIGINAL SOUPMAN, INC., *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |

*SECOND AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON AUGUST *30*, 2017 AT *10:30 A.M.* (ET)**[3]

**MATTER GOING FORWARD**

1. Motion of the Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Successful Bidder, and (B) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 56; Filed: 6/23/2017]

    Objection Deadline:      August 22, 2017 at 4:00 p.m.

    Related Document(s):

    a) Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief [Docket No. 137; Entered: 7/18/2017]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

[2] **Amended items appear bold.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

60185277.1

-2-

b) Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors [Docket No. 138; Filed: 7/19/2017]

c) Affidavit of Service Regarding Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction [Docket No. 148; Filed: 7/26/2017]

d) Notice of Successful Bidder [Docket No. 168; Filed: 8/29/2017]

e) **Notice of Proposed Form of Sale Order & Amended Asset Purchase Agreement [Docket No. 171; Filed 8/29/2017]**

Response(s) Received:    **Informal comments from Hillair Capital Investments, L.P.**

Status:    This matter will go forward.

Dated: August 29, 2017
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
T: (302) 252-0920
F: (302) 252-0921
cward@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
T: (212) 684-0199
F: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel for the Debtors and Debtors-In-Possession*

60185277.1