## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ORIGINAL SOUPMAN, INC., *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF BOARD RESOLUTION

PLEASE TAKE NOTICE that the Board Resolution, a copy of which is attached hereto as <u>Exhibit A</u>, was approved by the members of the board of directors of Soupman, Inc., The Original Soupman, Inc., and Kiosk Concepts, Inc.

Dated: August 30, 2017
      Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
T: (302) 252-0920
F: (302) 252-0921
cward@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
T: (212) 684-0199
F: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel for the Debtors and Debtors-In-Possession*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

60203172.1

# **Exhibit A**

## BOARD RESOLUTION

### August 30, 2017

Effective as of the date written above, the members of the board of directors (the "**Board**") of Soupman, Inc. (the "**Parent Company**"), The Original Soupman, Inc. ("**Operating Company**") and Kiosk Concepts, Inc. ("**Kiosk Concepts**", and each of Parent Company, Operating Company and Kiosk Concepts are referred to herein as a "**Company**" and together, the "**Companies**"), each are corporations duly organized and validly existing under the laws of the State of Delaware, hereby take the following actions and unanimously adopt the following resolutions following board meeting held on August 30, 2017 (the "**Board Meeting**") pursuant to each such Company's articles of incorporation, by-laws and the applicable laws of the jurisdiction where such Company is organized:

WHEREAS, on July 18, 2017, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), entered the *Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief* (the "**Bid Procedures Order**") [Docket No. 137];

WHEREAS, on August 28, 2017, the Company, by and through one of its directors, its officers, and professionals, conducted an auction (the "**Auction**") at the offices of Polsinelli PC, 600 3rd Avenue, 42nd Floor, New York, NY 10016;

WHEREAS, at the conclusion of the Auction, the Company, through one its directors and its officers, selected Gallant Brands, Inc. as the Successful Bidder and the Stalking Horse Bidder was designated as the Backup Bidder; and

WHEREAS, the Board has had the opportunity to consult with the management and legal advisers of the Companies and fully consider the outcome of the Auction.

NOW THEREFORE BE IT RESOLVED that in the judgment of the respective Board of each Company, it is desirable and in the best interests of such Company, its creditors, stockholders, and other parties in interest, that such Company approve the sale of substantially all of their respective assets to Gallant Brands, Inc.

IN WITNESS WHEREOF the undersigned have executed this consent as of this 30th day of August, 2017.

Jamie Karson
Chief Executive Officer and Board Member

Ronald L. Crane
Board Member

# BOARD RESOLUTION

August 30, 2017

Effective as of the date written above, the members of the board of directors (the "**Board**") of Soupman, Inc. (the "**Parent Company**"), The Original Soupman, Inc. ("**Operating Company**"), and Kiosk Concepts, Inc. ("**Kiosk Concepts**", and each of Parent Company, Operating Company and Kiosk Concepts are referred to herein as a "**Company**", and together, the "**Companies**"), each are corporations duly organized and validly existing under the laws of the State of Delaware, hereby take the following actions and unanimously adopt the following resolutions following board meeting held on August 30, 2017 (the "**Board Meeting**") pursuant to each such Company's articles of incorporation, by-laws and the applicable laws of the jurisdiction where such Company is organized:

WHEREAS, on July 18, 2017, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), entered the Order *(A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief* (the "**Bid Procedures Order**") [Docket No. 137];

WHEREAS, on August 28, 2017, the Company, by and through one of its directors, its officers, and professionals, conducted an auction (the "**Auction**") at the offices of Polsinelli PC, 600 3rd Avenue, 42nd Floor, New York, NY 10016;

WHEREAS, at the conclusion of the Auction, the Company, through one its directors and its officers, selected Gallant Brands, Inc. as the Successful Bidder and the Stalking Horse Bidder was designated as the Backup Bidder; and

WHEREAS, the Board has had the opportunity to consult with the management and legal advisers of the Companies and fully consider the outcome of the Auction.

NOW THEREFORE BE IT RESOLVED that in the judgment of the respective Board of each Company, it is desirable and in the best interests of such Company, its creditors, stockholders, and other parties in interest, that such Company approve the sale of substantially all of their respective assets to Gallant Brands, Inc.

IN WITNESS WHEREOF the undersigned have executed this consent as of this 30th day of August, 2017.

_____  _____
Jamie Karson                      Ronald L. Crane
Chief Executive Officer and Board Member   Board Member

60200799.1