IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| THE ORIGINAL SOUPMAN, INC., *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Reference Docket Nos. 168 and 169** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2017, I caused to be served the:

   a. "Notice of Successful Bidder," dated August 29, 2017 [Docket No. 168], and

   b. "Amended Notice of Agenda of Matters Scheduled for Hearing on August 29, 2017 at 2:00 P.M. (ET)," dated August 29, 2017 [Docket No. 169],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave., Suite 100, Staten Island, NY 10314.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Catherine Henriquez*
Catherine Henriquez

Sworn to before me this
30th day of August, 2017
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BRAND INITIATIVES GROUP | 112 EAST 95TH STREET NEW YORK NY 10128 |
| CHEF CREATIONS INC | 2215 TRADEPORT DRIVE ORLANDO FL 32824 |
| CHROBINSON WORLDWIDEINC | PO BOX 9121 MINNEAPOLIS MN 55480-9121 |
| COTE MEDIA | 208 MAPLE AVE #4 RED BANK NJ 07701 |
| DELAWARE DEPARTMENT OF JUSTICE | CARVEL STATE BUILDING ATTN: MATT DEN 820 N. FRENCH ST. WILMNINGTON DE 19801 |
| DR DAVID BERNADERET | 3715 SLEEPY FOX DR ROCHESTER HILLS MI 48309 |
| DR MARK HELLNER | 900 W OLIVE AVE, SUITE A MERCED CA 95348 |
| ELITE CONSULTING 401K | 1310 AVENUE L BROOKLYN NY 11230 |
| GAGE SPENCER FLEMING LLP | 410 PARK AVENUE SUITE 900 NEW YORK NY 10022 |
| GRACIN MARLOW LLP | ATTN: HANK GRACIN THE CHRYSLER BUILDING 405 LEXINGTON AVE 26TH FLOOR NEW YORK NY 10174 |
| HILLAIR CAPITAL INVESTMENTS L.P. | ATTN: ROBERT BRADY YOUNG CONAWAY STARGATT & TAYLOR LLP RODNEY SQUARE 1000 NORTH KING ST WILMINGTON DE 19801 |
| HUGHES HUBBARD REED LLP | ONE BATTERY PARK PLAZA NEW YORK NY 10004-1482 |
| INCHARGE INNOVATIONS INC | 153 EAST 57TH STREET 15A NEW YORK NY 10022 |
| INSTORE AUDIO NETWORK | 13 ROSZEL ROAD C202 PRINCETON NJ 08540 |
| INTEGRATED MARKETING SERVICES | 18100 VON KARMAN SUITE 900 IRVINE CA 92612 |
| INTERNAL REVENUE SERVICE | INSOLVENCY SECTION 2970 MARKET STREET PO BOX 7346 PHILADELPHIA PA 19101 |
| IPMF LLC | ATTN: JIM CARROLL 4260 CAPITAL CIR DR JANESVILLE WI 53546 |
| JENNIFER SCHOCH | 9 BERKLEY PLACE COLTS NECK NJ 07722 |
| KEITH BUHRDORF | TK HOLDINGS LTD 650 NORTH MAIN STREET DELTA CO 81416 |
| LABRYS FUND, LP | ATTN: TJ SILVERMAN 48 PARKER RD WELLESLEY MA 02482 |
| LAGROU DISTRIBUTION SYSTEM INC | 7869 SOLUTION CENTER CHICAGO IL 60677-7008 |
| MALONE BAILEY LLP | 9801 WESTHEIMER SUITE 1100 HOUSTON TX 77042 |
| OFFICE OF THE UNITED STATES TRUSTEE | J. CALEB BOGGS FEDERAL BUILDING 844 KING STREET SUITE 2207- LOCKBOX #35 WILMINGTON DE 19801 |
| PARK100 FOODS | CORPORATE OFFICES 326 E ADAMS ST TIPTON IN 46072 |
| PERRY TREBATCH | 32 NASSAU DRIVE GREAT NECK NY 11021 |
| POWERUP LENDING GROUP, LTD | 111 GREAT NECK RD #216 GREAT NECK NY 11021 |
| ROBINSON BROG LEINWAND GREENE GENOVESE | ATTN: WILLIAM A. ROME GLUCK PC 875 THIRD AVENUE NEW YORK NY 10022-0123 |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| SECURITIES AND EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR 200 VESEY STREET, SUITE 400 NEW YORK NY 10281-1022 |
| SHEPPARD MULLIN | 1300 I STREET N W 11TH FLOOR WASHINGTON DC 20005-3314 |
| SIMPLICIT CONSULTING | 4950 NW 54TH STREET COCONUT CREEK FL 33073 |
| VICTORIA SUTHERLAND | STRAUMSEY HOUSE 68 PRINCES STREET THURSO 147DH UNITED KINGDOM |
| VIENNA BEEF LTD | ATTN: TIM O'BRIEN 8033 SOLUTIONS CENTER CHICAGO IL 60677-8000 |
| WILLIAM GOGGINS | 13235 MAIN RD MATTITUCK NY 11952 |

**Total Creditor count  34**

**EXHIBIT B**

The Original Soupman, Inc., et al.
Consented to Email Fed. R. Bankr. P. Rule 2002 List Parties
Email Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| ALISTAIR ANGUS | | AUTOPARTS_OF_THURSO@HOTMAIL.COM |
| ARENT FOX LLP | COUNSEL TO SOUPMAN LENDING LLC ATTN: ROBERT M. HIRSH, ESQUIRE BETH M. BROWNSTEIN, ESQUIRE | robert.hirsh@arentfox.com<br>beth.brownstein@arentfox.com |
| BAYARD, P.A. | COUNSEL TO SOUPMAN ATTN: JUSTIN R. ALBERTO, ESQUIRE ERIN R. FAY, ESQUIRE | jalberto@bayardlaw.com<br>efay@bayardlaw.com |
| JEFF FREEDMAN | | JFREE0405@AOL.COM |
| OLSHANE FROME WOLOSKY LLP | COUNSEL TO HILLAIR CAPITAL INVESTMENTS ATTN: ADAM H. FRIEDMAN | afriedman@olshanlaw.com |
| PRYOR & MANDELUP, LLP | COUNSEL TO PLATINUM RAPID FUNDING GROUP INC ATTN: ANTHONY F GIULIANO ESQ | afg@pryormandelup.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | COUNSEL TO HILAIR CAPITAL INVESTMENT LP ATTN: ROBERT S. BRADY | bankfilings@ycst.com; rbrady@ycst.com |

| | |
|---|---|
| **Total Creditor Count** | 7 |
| **Total Email Count** | 10 |