**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ORIGINAL SOUPMAN, INC., *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 7, 2017 AT 10:00 A.M. (ET)[2]**

**MATTERS GOING FORWARD**

1. Motion of the Debtors for Entry of (I) an Order (A) Approving Bidding Procedures in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief; and (II) an Order (A) Approving the Asset Purchase Agreement Between the Debtors and the Successful Bidder, and (B) Authorizing the Sale of Substantially All of the Debtors Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (C) Authorizing the Assumption and Assignment of Contracts, and (D) Granting Related Relief [Docket No. 56; Filed: 6/23/2017]

    Objection Deadline:         August 22, 2017 at 4:00 p.m.

    Related Document(s):

    a) Order (A) Approving Bidding Procedures and Bid Protections in Connection with the Sale of Substantially All of the Debtors Assets, (B) Approving the Form and Manner of Notice thereof, (C) Scheduling an Auction and Sale Hearing, (D) Approving Procedures for the Assumption and Assignment of Contracts, and (E) Granting Related Relief [Docket No. 137; Entered: 7/18/2017]

    b) Notice of Bid Procedures, Auction, Hearing and Deadlines Relating to the Sale of Substantially All of the Assets of the Debtors [Docket No. 138; Filed: 7/19/2017]

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

-2-

    c)    Affidavit of Service Regarding Notice to Counterparties to Potentially Assumed Executory Contracts and Unexpired Leases Regarding Cure Amounts and Possible Assignment to Successful Bidder at Auction [Docket No. 148; Filed: 7/26/2017]

    d)    Notice of Successful Bidder [Docket No. 168; Filed: 8/29/2017]

    e)    Notice of Proposed Form of Sale Order & Amended Asset Purchase Agreement [Docket No. 171; Filed 8/29/2017]

    f)    Notice of Amended Asset Purchase Agreement & Schedules [Docket No. 173; Filed: 8/30/2017]

    g)    Notice of Board Resolution [Docket No. 174; Filed: 8/30/2017]

Response(s) Received:    Informal comments from Hillair Capital Investments, L.P.

Status:    This matter will go forward.

2. Emergency Motion of the Debtors for Entry of an Order Supplementing the Record [Docket No. 181; Filed: 9/5/2017]

Objection Deadline:    To be determined

Related Document(s):

    a)    Motion to Shorten Notice and Objection Periods In Connection with the Emergency Motion of the Debtors for Entry of an Order Supplementing the Record [Docket No. 182; Filed: 9/5/2017]

Response(s) Received:    None at this time.

Status:    This matter will go forward pending Court approval.

60244617.1

|  |  |
|---|---|
| Dated: September 5, 2017<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>T: (302) 252-0920<br>F: (302) 252-0921<br>cward@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>T: (212) 684-0199<br>F: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br><br>*Counsel for the Debtors and Debtors-In-Possession* |