**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| THE ORIGINAL SOUPMAN, INC., *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re:  Docket Nos. 56, 123, 171, 173** |

## NOTICE OF SUPPLEMENTAL SALE DOCUMENTS

PLEASE TAKE NOTICE that the following documents are filed in support of the motion, dated June 23, 2017, [Docket No. 56] (the "**Sale Motion**"), of the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") for the entry of an order, pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, and Bankruptcy Rules 1005, 2002, 6004, 6006, 9007, and 9014 (a) authorizing and approving the entry into, performance under and the terms and conditions of the Amended Asset Purchase Agreement by and between the Debtors and Gallant Brands, Inc. (the "**Buyer**"), dated September 6, 2017:

| | |
|---|---|
| Exhibit A | Amended Asset Purchase Agreement between Debtors and Buyer ("**Amended APA**") |
| Exhibit B | Schedules to Amended APA |
| Exhibit C | Cumulative comparison of Amended APA to stalking horse APA between Debtors and Soupman Lending, LLC [Docket 123] |
| Exhibit D | Comparison of Amended APA to APA filed August 30, 2017 [Docket 173] |
| Exhibit E | Sale Order |
| Exhibit F | Comparison of sale order to sale order filed August 29, 2017 [Docket 171] |

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

60273354.2

Exhibit G      Notice of Assumption of Contracts

Exhibit H      Board Resolution


Dated: September 7, 2017                    **POLSINELLI PC**
     Wilmington, Delaware

/s/ *Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
T: (302) 252-0920
F: (302) 252-0921
cward@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
T: (212) 684-0199
F: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel for the Debtors and Debtors-In-Possession*