IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOUP LIQUIDATION LLC, *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 31, 2017 AT 11:30 A.M. (ET)**[3]

**CONTESTED MATTER GOING FORWARD**

1. Debtors' Motion for Entry of an Order Converting Their Chapter 11 Proceedings to Chapter 7 Pursuant to 11 U.S.C. § 1112(a) [Docket No. 206; Filed: 10/17/2017]

   Objection Deadline:   October 26, 2017 at 4:00 p.m.

   Related Document(s):

   a) Order Shortening Notice and Objection Periods in Connection with Debtors' Motion for Entry of an Order Converting Their Chapter 11 Proceedings to Chapter 7 Pursuant to 11 U.S.C. § 1112(a) [Docket No. 208; Entered: 10/17/2017]

   b) Notice of Hearing [Docket No. 209; Filed: 10/17/2017]

   Response(s) Received:

   a) **Objection of Shareholder Troy Depew [Docket No. 213; Filed: 10/27/2017]**

   b) **Informal comments from several other shareholders**

   Status:   **This matter will go forward.**

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

[2] **Amended items appear bold.**

[3] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

60875365.1

-2-

| | |
|---|---|
| Dated: October **30**, 2017<br>Wilmington, Delaware | **POLSINELLI PC**<br><br>*/s/ Christopher A. Ward*<br>Christopher A. Ward (Del. Bar No. 3877)<br>222 Delaware Avenue, Suite 1101<br>Wilmington, Delaware 19801<br>T: (302) 252-0920<br>F: (302) 252-0921<br>cward@polsinelli.com<br><br>-and-<br><br>Jeremy R. Johnson (Admitted *Pro Hac Vice*)<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>T: (212) 684-0199<br>F: (212) 684-0197<br>jeremy.johnson@polsinelli.com<br><br>*Counsel for the Debtors and Debtors-In-Possession* |