# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOUP LIQUIDATION LLC, *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: Docket No. 206** |

## ORDER CONVERTING CASES FROM CHAPTER 11 TO CHAPTER 7
## OF THE BANKRUPTCY CODE PURSUANT TO SECTION 1112(a)

Upon the emergency motion (the "**Motion**")[2] of the above-captioned debtors and debtors-in-possession (the "**Debtors**") for entry of an order, pursuant to section 105 of title 11 of the United States Code, authorizing the Debtors to supplement the record with respect to the Sale Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given on an expedited basis; and it appearing that no other or further notice of the Motion is required; and this Court having found that the relief requested by the Motion is in the best interests of the

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

1

60731812.1

Debtors' estates, their creditors, and other parties in interest; and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The Chapter 11 Cases are hereby converted to cases under Chapter 7 of the Bankruptcy Code as of October 31, 2017.

3. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

4. The Debtor shall:

    a. Forthwith turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Federal Rules of Bankruptcy Procedures ("FRBP") 1019(4);

    b. Within fifteen (15) days of the date of this order file a schedule of unpaid debts incurred after commencement of the superseded case including the name and address of each creditor, as required by FRBP 1019(5);

    c. Within 15 days of the date of this order, file the statements and schedules required by FRBP 1019(a)(A) and 1007(b), if such documents have not already been filed; and

---

[2] Capitalized terms used in this Order but not otherwise defined in this Order shall have the meanings ascribed to such terms in the Motion.

    d. Within thirty (30) days from the date of this order, file and transmit to the United States Trustee a final report and account as required by FRBP 1019(5)(A).

Dated: October 31, 2017
Wilmington, Delaware

_____
The Honorable Laurie Selber Silverstein
United States Bankruptcy Judge