```
                                                    CLAIMS REGISTER AS OF 11/07/17                                                   PAGE:    1
U.S. BANKRUPTCY COURT - Name of proof of claims where to
CHAPTER 11 CASE NOS. NEW CASE NUMBERS HERE
DEBTOR:  THE ORIGINAL SOUPMAN, INC., 1110 SOUTH AVE., SUITE 100 , STATEN ISLAND, NY 10314                                 CASE FILE DATE: 06/13/17
ATTORNEY: Polsinelli PC, 222 Delaware Avenue, Suite 1101 WILMINGTON, DE 19801 (302) 252-0920 ATTN: Jarrett Vine, Esq.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 17-11313 | BAKER TILLY VIRCHOW KRAUSE, LLP<br>ONE PENN PLAZA<br>SUITE 3000<br>NEW YORK, NY 10019 | G0023 | 7,077.50 CLAIMED UNSECURED | 10/11/17 | |
| 17-11313 | C.H. ROBINSON WORLD, INC<br>14701 CHARLSON ROAD<br>EDEN PRAIRIE, MN 55347 | 00019 | 24,260.16 CLAIMED UNSECURED | 08/21/17 | |
| 17-11313 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | 00014 | 1,993.02 CLAIMED UNSECURED | 08/09/17 | |
| 17-11313 | CONNECTICUT DEPARTMENT OF REVENUE SVCS<br>ATTN: BANKRUPTCY TEAM<br>450 COLUMBUS BLVD, STE 1<br>HARTFORD, CT 06103 | 00024 | 2,218.50 CLAIMED PRIORITY<br>2,070.00 CLAIMED UNSECURED<br>4,288.50 TOTAL CLAIMED | 10/12/17 | CLAIMED UNLIQ |
| 17-11313 | CT CORPORATION<br>CT CORPORATION SYSTEM<br>111 EIGHTH AVE 13- FLOOR<br>NEW YORK, NY 10011 | 00012 | 2,979.00 CLAIMED UNSECURED | 07/25/17 | |
| 17-11313 | DEPARTMENT OF THE TREASURY - IRS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 00021 | 15,805.29 CLAIMED PRIORITY<br>3,000.00 CLAIMED UNSECURED<br>18,805.29 TOTAL CLAIMED | 09/13/17 | |
| 17-11313 | FULL CIRCLE MARKETING, LLC<br>ATTN: ROGER TASHJIAN<br>935 WOODLAND AVE.<br>ORADELL, NJ 07649 | 00007 | 52,507.00 CLAIMED UNSECURED | 07/21/17 | |
| 17-11313 | HART, PENNY<br>200 EAST END AVENUE APT 12P<br>NEW YORK, NY 10128 | 00011 | 2,500,000.00 CLAIMED SECURED | 07/24/17 | |
| 17-11313 | IPMF, LLC<br>ATTN: JIM CARROLL<br>1126 HARVEY STREET<br>BELOIT, WI 53511 | 00009 | 245,638.04 CLAIMED UNSECURED<br>245,638.04 ALLOWED UNSECURED<br>**** ALLOWED **** | 07/10/17<br>07/10/17 | DOCKET NUMBER: 102 |
| 17-11313 | IPMF, LLC<br>ATTN: JIM CARROLL<br>1126 HARVEY STREET<br>BELOIT, WI 53511 | 0C009 | 100,000.00 CLAIMED ADMINISTRATIVE | 07/10/17 | |

EPIQ BANKRUPTCY SOLUTIONS, LLC

```
                                                        CLAIMS REGISTER AS OF 11/07/17
U.S. BANKRUPTCY COURT - Name of proof of claims where to
CHAPTER 11 CASE NOS. NEW CASE NUMBERS HERE
DEBTOR:  THE ORIGINAL SOUPMAN, INC., 1110 SOUTH AVE., SUITE 100 , STATEN ISLAND, NY 10314                                              CASE FILE DATE: 06/13/17
ATTORNEY: Polsinelli PC, 222 Delaware Avenue, Suite 1101 WILMINGTON, DE 19801 (302) 252-0920 ATTN: Jarrett Vine, Esq.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 17-11314 | LARRY THOMAS ENTERPRISES<br>ATTN: LARRY THOMAS<br>4702 FULTON AVE. #308<br>SHERMAN OAKS, CA 91423 | 00001 | 50,295.78 CLAIMED UNSECURED | 06/23/17 | |
| 17-11315 | NEW YORK STATE DEPARTMENT OF<br>TAXATION AND FINANCE<br>BANKRUPCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12227 | 00025 | 100.00 CLAIMED UNSECURED | 10/23/17 | |
| 17-11313 | NEW YORK STATE DEPARTMENT OF TAXATION<br>AND FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 00002 | 449.64 CLAIMED PRIORITY<br>5,000.00 CLAIMED UNSECURED<br>5,449.64 TOTAL CLAIMED | 07/07/17 | CLAIMED UNLIQ |
| 17-11313 | NY STATE DEPT OF TAXATION & FINANCE<br>ATTN BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 00022 | 52.47 CLAIMED ADMINISTRATIVE | 09/22/17 | |
| 17-11313 | PARK 100 FOODS, INC<br>C/O BOSE MCKINNEY & EVANS LLP<br>ATTN: DAVID JURKIEWICZ<br>111 MONUMENT CIRCLE, SUITE 2700<br>INDIANAPOLIS, IN 46204 | 00008 | 1,930,684.93 CLAIMED UNSECURED | 07/21/17 | |
| 17-11313 | PLATINUM RAPID FUNDING GROUP, INC.<br>C/O PRYOR & MANDELUP, LLP<br>ATTN: ANTHONY GIULIANO<br>675 OLD COUNTRY ROAD<br>WESTBURY, NY 11590 | 00015 | 249,048.85 CLAIMED SECURED | 08/10/17 | |
| 17-11313 | PR NEWSWIRE<br>C/O SKO BRENNER AMERICAN<br>843 MERRICK ROAD<br>BALDWIN, NY 11510 | 00018 | 6,030.00 CLAIMED UNSECURED | 08/14/17 | |
| 17-11313 | RAMETTA, SEBASTIAN<br>79 SANFORD PLACE<br>STATEN ISLAND, NY 10314 | 00017 | 12,850.00 CLAIMED PRIORITY<br>237,124.06 CLAIMED UNSECURED<br>249,974.06 TOTAL CLAIMED | 08/07/17 | |
| 17-11313 | RUBANO, DANIEL<br>272 MAIN STREET<br>KEYPORT, NJ 07735 | 00016 | 12,850.00 CLAIMED PRIORITY<br>282,563.42 CLAIMED UNSECURED<br>295,413.42 TOTAL CLAIMED | 08/07/17 | |

```
                                                           CLAIMS REGISTER AS OF 11/07/17                                          PAGE:      3
U.S. BANKRUPTCY COURT - Name of proof of claims where to
CHAPTER 11 CASE NOS. NEW CASE NUMBERS HERE
DEBTOR:  THE ORIGINAL SOUPMAN, INC., 1110 SOUTH AVE., SUITE 100 , STATEN ISLAND, NY 10314                                        CASE FILE DATE: 06/13/17
ATTORNEY: Polsinelli PC, 222 Delaware Avenue, Suite 1101 WILMINGTON, DE 19801 (302) 252-0920 ATTN: Jarrett Vine, Esq.
```

| CASE | CLAIMANT NAME & ADDRESS | CLAIM # | AMOUNT/DESCRIPTION | DATE | REMARKS |
|---|---|---|---|---|---|
| 17-11313 | STATE OF NEW YORK DEPART OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV. W. AVERELL HARRIMAN ST. OFFICE BLDG<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 00003 | 53.66 CLAIMED UNSECURED | 07/12/17 | |
| 17-11313 | STATE OF NEW YORK DEPART OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV. W. AVERELL HARRIMAN ST. OFFICE BLDG<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 00004 | 12,419.10 CLAIMED PRIORITY | 07/12/17 | CLAIMED UNLIQ |
| 17-11313 | STATE OF NEW YORK DEPART OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV. W. AVERELL HARRIMAN ST. OFFICE BLDG<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 00005 | 12,419.10 CLAIMED PRIORITY | 07/11/17 | CLAIMED UNLIQ |
| 17-11313 | STATE OF NEW YORK DEPART OF LABOR<br>UNEMPLOYMENT INSURANCE DIVISION<br>GOV. W. AVERELL HARRIMAN ST. OFFICE BLDG<br>BUILDING 12, ROOM 256<br>ALBANY, NY 12240 | 00006 | 53.66 CLAIMED UNSECURED | 07/11/17 | |
| 17-11313 | STATEN ISLAND ADVANCE<br>950 FINGERBOARD RD<br>STATEN ISLAND, NY 10305 | 00013 | 5,900.02 CLAIMED UNSECURED | 07/31/17 | |
| 17-11313 | VIENNA BEEF LTD<br>8033 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8000 | 00010 | 102,375.45 CLAIMED ADMINISTRATIVE<br>102,375.45 ALLOWED ADMINISTRATIVE<br>**** ALLOWED **** | 07/10/17<br>07/10/17 | DOCKET NUMBER: 103 |
| 17-11313 | VIENNA BEEF LTD<br>8033 SOLUTIONS CENTER<br>CHICAGO, IL 60677-8000 | 00010 | 50,000.00 CLAIMED ADMINISTRATIVE | 07/10/17 | |
| 17-11314 | WAL-MART STORES,INC<br>ATTN: CHARLES B HENDRICKS<br>900 JACKSON STREET, STE 570<br>DALLAS, TX 75202 | 00020 | 86,494.33 CLAIMED UNSECURED | 09/11/17 | |

```
U.S. BANKRUPTCY COURT - Name of proof of claims where to          CLAIMS REGISTER AS OF 11/07/17                                        PAGE:     4
CHAPTER 11 CASE NOS. NEW CASE NUMBERS HERE
DEBTOR:  THE ORIGINAL SOUPMAN, INC., 1110 SOUTH AVE., SUITE 100 , STATEN ISLAND, NY 10314                                CASE FILE DATE: 06/13/17
ATTORNEY: Polsinelli PC, 222 Delaware Avenue, Suite 1101 WILMINGTON, DE 19801 (302) 252-0920 ATTN: Jarrett Vine, Esq.
```

TOTALS FOR CASE NO. : NEW CASE NUMBERS HERE
DEBTOR: THE ORIGINAL SOUPMAN, INC.

|  |  | # | Amount |
|---|---|---|---|
| Scheduled | - PRIORITY | 0 | 0.00 |
|  | - SECURED | 0 | 0.00 |
|  | - UNSECURED | 0 | 0.00 |
| Total Scheduled |  | 0 | 0.00 |
| Claimed | - ADMINISTRATIVE | 4 | 252,427.92 |
|  | - PRIORITY | 7 | 69,011.63 |
|  | - SECURED | 2 | 2,749,048.85 |
|  | - UNSECURED | 19 | 2,943,824.58 |
| Total Claimed |  | 27 | 6,014,312.98 |
| Allowed | - ADMINISTRATIVE | 1 | 102,375.45 |
|  | - PRIORITY | 0 | 0.00 |
|  | - SECURED | 0 | 0.00 |
|  | - UNSECURED | 1 | 245,638.04 |
| Total Allowed |  | 2 | 348,013.49 |
| Total Expunged |  | 0 | 0.00 |
| Total Withdrawn |  | 0 | 0.00 |

EPIQ BANKRUPTCY SOLUTIONS, LLC