IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SOUP LIQUIDATION LLC, *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |

**VERIFIED FINAL REPORT AND ACCOUNTING**

I, Michael Wyse, in my capacity as Chief Restructuring Officer (the "**CRO**") of the above-referenced debtors, declare under penalty of perjury that, to the best of my knowledge and belief, and after reasonable inquiry, that the following is true and correct:

1.  On July 13, 2017, (the "**Petition Date**"), Soupman, Inc., along with certain of its affiliates, each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.  On September 7, 2017, the Court entered an *Order Authorizing (A) the Sale of Substantially all of the Debtors Assets Free and Clear of all Liens, Claims, Rights, Interests and Encumbrances; (B) the Debtors to Enter into and Perform Their Obligations under the Asset Purchase Agreement; and (C) the Debtors to Assume and Assign Certain Executory Contracts and Unexpired Leases* [Docket No. 191] (the "**Sale Order**") authorizing, among other things, the sale of substantially all of the Debtors' assets. The sale closed on September 8, 2017.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

61231283.1

2

3.     On October 31, 2017 (the "**Conversion Date**"), the Court entered an *Order Converting Cases from Chapter 11 to Chapter 7* [Docket No. 217]. David Carickhoff was appointed Chapter 7 Trustee.

4.     On or about November 21, 2017, I transferred $25,000 to the account of the Chapter 7 Trustee. This amount was the reserved carve-out for the Chapter 7 trustee as contemplated by that certain *Order [Final] (I) Authorizing the Debtors to Obtain Postpetition Financing and Grant Security Interests and Superpriority Administrative Expense Status; (II) Modifying the Automatic Stay; (III) Authorizing the Debtors to Enter into Agreements with Soupman Lending, LLC; (IV) Authorizing Use of Cash Collateral; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief*, entered July 18, 2017.

5.     All adversary proceedings associated with the Case have been fully resolved and closed. I do not intend to file any further motions or applications or commence additional adversary proceedings except for final fee applications.

Executed on November 30, 2017

By: */s/ Michael Wyse*
Michael Wyse, in my capacity as
Chief Restructuring Officer for
Soupman, Inc.