IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SOUP LIQUIDATION LLC, *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 17-11313 (LSS)<br><br>Jointly Administered<br><br>**Objection Deadline: December 28, 2017 at 4:00 p.m.**<br>**Hearing Date: January 18, 2018 at 11:00 a.m.**<br>**RE: Docket No. 216** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 31, 2017, Epiq Bankruptcy Solutions, LLC (the "**Applicant**"), administrative advisor to the above-captioned debtors and debtors-in-possession (the "**Debtors**"), filed its **First and Final Fee Application of Epiq Bankruptcy Solutions, LLC as Administrative Advisor to the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from June 13, 2017 through October 31, 2017** [Docket No. 216] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), 824 Market Street, Wilmington, Delaware 19801. A copy of the Application is being served contemporaneously with this notice.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Application must be filed with the Bankruptcy Court in accordance with the local rules and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 95] (the "**Compensation Order**") and served upon so as to be

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

61300659.1

received by the undersigned counsel on or before **December 28, 2017 at 4:00 p.m. (ET)** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** a hearing to consider the Application will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801 on **January 18, 2018 at 11:00 a.m. (prevailing Eastern Time)**. Only those objections made in writing and timely filed and received in accordance with the Compensation Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF NO TIMELY OBJECTIONS TO THE APPLICATION ARE FILED, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE APPLICATION WITHOUT A HEARING.**

Dated: December 7, 2017
      Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
T: (302) 252-0920
F: (302) 252-0921
cward@polsinelli.com

-and-

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
T: (212) 684-0199
F: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel for the Debtors and Debtors-In-Possession*

61300659.1