## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SOUP LIQUIDATION LLC, *et al.*, | Case No. 17-11313 (LSS) |
| Debtors.[1] | Jointly Administered |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JANUARY 18, 2018 AT 11:00 A.M. (ET)[2]

**FEE APPLICATIONS**

1.  Chapter 11 Debtors' Professionals' Final Fee Applications

    <u>Related Document(s)</u>:   See <u>Exhibit A</u>

    <u>Response(s) Received</u>:   None.

    <u>Status</u>:   A proposed omnibus final fee order was filed under certification of counsel. No hearing is necessary unless the Court directs otherwise.

Dated: January 16, 2018
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Christopher A. Ward*
Christopher A. Ward (Del. Bar No. 3877)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
T: (302) 252-0920
F: (302) 252-0921
cward@polsinelli.com

-and-

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839). The location of the Debtors' corporate headquarters and the service address for all Debtors is 1110 South Ave. Suite 100, Staten Island, NY 10314.

[2] The hearing will be held before The Honorable Laurie Selber Silverstein at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.

|  |
|---|

Jeremy R. Johnson (Admitted *Pro Hac Vice*)
600 3rd Avenue, 42nd Floor
New York, New York 10016
T: (212) 684-0199
F: (212) 684-0197
jeremy.johnson@polsinelli.com

*Counsel for the Debtors and Debtors-In-Possession*

# **EXHIBIT A**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

1. First Consolidated and Final Fee Application of Epiq Bankruptcy Solutions, LLC as Administrative Advisor to the Debtors and Debtors-In-Possession for Allowance of Compensation and Reimbursement of Expenses for the Period from June 13, 2017 through October 31, 2017 [Docket No. 216; Filed: 10/31/2017]

    a) Notice of Hearing [Docket No. 225; Filed: 12/7/2017]

    b) Certification of Counsel Regarding Omnibus Order Approving Professionals' Final Fee Applications [Docket No. 233; Filed: 1/10/2018]

**POLSINELLI PC**

2. Combined Third Monthly and Final Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Combined Monthly Period from August 1, 2017 through October 31, 2017 and for the Final Period from June 13, 2017 through October 31, 2017 [Docket No. 226; Filed: 12/7/2017]

    a) First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from June 13, 2017 through June 30, 2017 [Docket No. 145; Filed: 7/20/2017]

    b) *No Order Required* Certificate of No Objection Regarding First Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from June 13, 2017 through June 30, 2017 [Docket No. 157; Filed: 8/11/2017]

    c) Second Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2017 through July 31, 2017 [Docket No. 160; Filed: 8/22/2017]

    d) *No Order Required* Certificate of No Objection Regarding Second Monthly Fee Application of Polsinelli PC for Compensation and Reimbursement of Expenses as Counsel to the Debtors for the Period from July 1, 2017 through July 31, 2017 [Docket No. 199; Filed: 9/14/2017]

    e) Certification of Counsel Regarding Omnibus Order Approving Professionals' Final Fee Applications [Docket No. 233; Filed: 1/10/2018]

**WYSE ADVISORS, LLC**

3. First and Final Fee Application of Wyse Advisors, LLC for Compensation and Reimbursement of Expenses Providing a Chief Restructuring Officer for the Debtor-In-Possession for the Period from June 13, 2017 through September 30, 2017 [Docket No. 227; Filed: 12/7/2017]

    a) Notice of Filing of Monthly Staffing and Compensation Report of Wyse Advisors, LLC for the Period from June 13, 2017 through June 30, 2017 [Docket No. 139; Filed: 7/19/2017]

    b) Notice of Filing of Monthly Staffing and Compensation Report of Wyse Advisors, LLC for the Period from July 1, 2017 through July 31, 2017 [Docket No. 151; Filed: 8/1/2017]

    c) Certification of Counsel Regarding Omnibus Order Approving Professionals' Final Fee Applications [Docket No. 233; Filed: 1/10/2018]