234

# SIGN-IN SHEET

CASE NAME:    Soup Liquidation LLC          COURTROOM NO.: 2

CASE NO.    17-11313 (LSS)          DATE:    1/18/2018

**PLEASE PRINT CLEARLY OR YOUR APPEARANCE CANNOT BE CORRECTLY NOTED!**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Gmanth Katona | Polsinelli PC | Chapter 11 Debtors |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# Court Conference

**U.S. Bankruptcy Court-Delaware**

**Confirmed Telephonic Appearance Schedule**

**Honorable Laurie Selber Silverstein**

**#2**

Calendar Date: 01/18/2018

Calendar Time: 11:00 AM ET

*1st Revision Jan 17 2018 1:30PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|--------|--------|-----------|--------|------------|--------|-----------|-----------|-----------|-------------|
| | | Soup Liquidation LLC | 17-11313 (17-5065 9) | Hearing | 8839927 | Kate Mailloux | (646) 282-2532 ext. | Epiq Bankruptcy Solutions | Other Prof., CRO / LIVE |
| | | Soup Liquidation LLC | 17-11313 (17-5065 9) | Hearing | 8839772 | Michael Wyse | (917) 553-5883 ext. | Wyse Advisors, LLC | Other Prof., CRO / LIVE |

CourtConfCal2009