# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SOUP LIQUIDATION LLC, *et al.*,[1] | Case No. 17-11313 (LSS) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, S. Alexander Faris, hereby certify that on February 1, 2018, I caused copies of the **Motion of the Chapter 7 Trustee for Entry of an Order Under 11 U.S.C. §§ 105(a) and 363, and Federal Rules of Bankruptcy Procedure 2002 and 6004 (I) Approving the Sale of Certain Assets of the Debtors; and (II) Granting Related Relief** to be served upon all parties on the attached Service List by regular first class mail and upon Robert Bertrand by email at bertgolf8@aol.com.

Dated:  February 22, 2018            */s/ S. Alexander Faris*
                                                              S. Alexander Faris (No. 6278)
                                                              ARCHER & GREINER, P.C.
                                                              300 Delaware Avenue, Suite 1100
                                                              Wilmington, DE 19801
                                                              Telephone: 302-777-4350
                                                              Facsimile:  302-777-4352
                                                              E-mail: afaris@archerlaw.com

                                                              Counsel for the Chapter 7 Trustee

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are:  The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839).

**SERVICE LIST**

Platinum Rapid Funding Group, Inc.
Pryor & Mandelup, LLP
c/o Anthony F. Giuliano
675 Old Country Road
Westbury, NY 11590-4513

Soup Liquidation LLC
1110 South Ave.
Suite 100
Staten Island, NY 10314-3411

U.S. Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

1 WORLD SYNC
7887 WASHINGTON VILLAGE DR SUITE 300
DAYTON, OH 45459-3988

ADVANTAGE SOLUTIONS
18100 VON KARMAN AVE SUITE 1000
IRVINE, CA 92612-7196

AL YEGANEH/YEGANEH FOODS, INC.
C/O EDWARD A. MORRISON, ESQ.
LAW OFFICE OF EDWARD A. MORRISON
150 STATE STREET
ALBANY, NY 12207-1646

AMBOY COLD STORAGE
C/O AMBOY GROUP
1 AMBOY AVENUE
WOODBRIDGE, NJ 07095-2639

BAKER TILLY VIRCHOW KRAUSE, LLP
ONE PENN PLAZA
SUITE 3000
NEW YORK, NY 10119-0032

BARBARA AXELSON
1870 BALLINA ROAD
CAZENOVIA, NY 13035-9230

BENDER GROUP, LLC
105 LIBERTY AVENUE
ATLANTIC CITY, NJ 08401-2910

BNSF LOGISTICS
75 REMITTANCE DRIVE SUITE 1767
CHICAGO, IL 60675-1767

BRAND INITIATIVES GROUP
112 EAST 95TH STREET
NEW YORK, NY 10128-1705

BROADRIDGE ICS
PO BOX 416423
BOSTON, MA 02241-6423

BUSINESS WIRE, INC.
DEPARTMENT 34182
PO BOX 39000
SAN FRANCISCO, CA 94139-0001

C. P. CRASKA, INC.
113 SPRUCE STREET
ILION, NY 13357-1198

C.H. ROBINSON WORLD, INC
14701 CHARLSON ROAD
EDEN PRAIRIE, MN 55347-5076

C.H.ROBINSON WORLDWIDE, INC.
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

CARLSON SPECIALTY
PO BOX 13188
MILWAUKEE, WI 53213-0188

CASTELLANO KORENBERG CO
313 W OLD COUNTRY ROAD
HICKSVILLE, NY 11801-4118

CHEF CREATIONS, INC
2215 TRADEPORT DRIVE
ORLANDO, FL 32824-7005

CLEARCHANNEL OUTDOOR
PO BOX 60000
FILE 030005
SAN FRANCISCO, CA 94260-0001

CONNECTICUT DEPARTMENT OF
REVENUE SVCS
ATTN: BANKRUPTCY TEAM
450 COLUMBUS BLVD, STE 1
HARTFORD, CT 06103-1837

CONNECTICUT DEPT OF REVENUE
SERVICES
25 SIGOURNEY ST, SUITE 2
HARTFORD, CT 06106-5032

CONNECTICUT DEPT OF REVENUE
SERVICES
OPERATIONS DIVISION - INCOME TAX
TEAM
450 COLUMBUS BLVD., STE 1
HARTFORD, CT 06103-1837

COOLIFE STUDIOS, INC.
S85 N 3RD STREET NO 210
BROOKLYN, NY 11249-3960

CORPORATION SERVICE COMPANY
AS REPRESENTATIVE
PO BOX 2576
SPRINGFIELD, IL 62708-2576

COTE MEDIA
1 HARDING ROAD SUITE 102
RED BANK, NJ 07701-2019

COUPONS.COM INCORPORATED
PO BOX 204472
DALLAS, TX 75320-4472

CT CORPORATION
4400 EASTERN COMMONS WAY SUITE
125
COLUMBUS, OH 43219

CT CORPORATION
CT CORPORATION SYSTEM
111 EIGHTH AVE 13- FLOOR
NEW YORK, NY 10011-5213

DAN RUBANO
644 LAUREL AVE HOLMDEL
MIDDLETOWN, NJ 07733

DANIEL RUBANO
644 LAUREL AVE HOLMDEL
MIDDLETOWN, NJ 07733

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

DEPARTMENT OF THE TREASURY - IRS
PO BOX 7346
PHILADELPHIA PA 19101-7346

DESTINY TRANSPORTATION, INC.
4740 SOUTH WHIPPLE
CHICAGO, IL 60632-2024

| | |
|---|---|
| DISTRICT OF CONNECTICUT<br>DEIRDRE M. DALY<br>BRIDGEPORT OFFICE<br>1000 LAFAYETTE BLVD, 10TH FL<br>BRIDGEPORT, CT 06604-4725 | DISTRICT OF CONNECTICUT<br>DEIRDRE M. DALY<br>HARTFORD OFFICE<br>450 MAIN ST, ROOM 328<br>HARTFORD, CT 06103-3024 |
| UNITED STATES ATTORNEY S OFFICE<br>DISTRICT OF CONNECTICUT<br>ATTN CIVIL PROCESS CLERK<br>CONNECTICUT FINANCIAL CENTER<br>157 CHURCH STREET<br>NEW HAVEN CT 06510-2100 | DR DAVID BERNADERET<br>3715 SLEEPY FOX DR<br>ROCHESTER HILLS, MI 48309-4518 |
| DR MARK HELLNER<br>900 W OLIVE AVE, SUITE A<br>MERCED, CA 95348-2401 | DYNAMIC SHEET METAL LTD<br>192 24TH STREET<br>BROOKLYN, NY 11232-1407 |
| Daniel Rubano<br>272 Main Street<br>Keyport, NJ 07735-1430 | Department of Labor<br>Division of Unemployment Insurance<br>P.O. Box 9953<br>Wilmington, DE 19809-0953 |
| EDGAR AGENTS LLC<br>105 WHITE OAK LANE STE 104<br>OLD BRIDGE, NJ 08857-1975 | EDGAR FILINGS, LLC<br>5 LAKE MEADOW WAY<br>ORMOND BEACH, FL 32174-7398 |
| EISNER AMPER<br>750 THIRD AVENUE<br>NEW YORK, NY 10017-2716 | ELITE CONSULTING 401K<br>1310 AVENUE L<br>BROOKLYN, NY 11230-4820 |
| EXECUTIVE SUITES AT THE GARDENS, LLC<br>1110 SOUTH AVENUE<br>SUITE 100<br>STATEN ISLAND, NY 10314-3411 | FARRELL FRITZ, P.C.<br>1320 REXCORP PLAZA UNIONDALE<br>LONG ISLAND, NY 11556-1320 |
| FDOT TURNPIKE ENTERPRISE<br>PO BOX 310<br>OCOEE, FL 34761-0310 | FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250-7461 |
| FMI SHOW MANAGEMENT<br>10474 ARMSTRONG STREET<br>FAIRFAX, VA 22030-3648 | FULL CIRCLE MARKETING, LLC<br>935 WOODLAND AVE<br>ORADELL, NJ 07649-1333 |

FULL CIRCLE MARKETING, LLC
ATTN: ROGER TASHJIAN
935 WOODLAND AVE.
ORADELL, NJ 07649-1333

GLOBAL NEWSWIRE
C/O WELLS FARGO BANK
LOCKBOX 40200
PO BOX 8500
PHILADELPHIA, PA 19178-2000

GOLDEN NEEDLE
4123 WEST MAIN STREET
TUPELO, MS 38801-8129

GORDON REES LLP
175 BROADHOLLOW RD STE 175
MELVILLE, NY 11747-4913

GREAT WESTERN TRANSPORTATION
5690 SONOMA DRIVE
PLEASANTON, CA 94566-8101

GROCERY HEADQUARTERS
CORPORATEHQ
300 S RIVERSIDE PLAZA STE 1600
CHICAGO, IL 60606-6756

HART, PENNY
200 EAST END AVENUE APT 12P
NEW YORK, NY 10128-8021

HEB
HEB MERCHANDISE ACCOUNTING
PO BOX 839970
SAN ANTONIO, TX 78283-3970

HILLAIR CAPITAL INVESTMENTS LP
345 LORTON AVENUE
SUITE 303
BURLINGAME, CA 94010-4136

HOWARD TEICH
260 MADISON AVENUE 15TH FLOOR
NEW YORK, NY 10016-2400

GAGE SPENCER & FLEMING LLP
410 PARK AVENUE SUITE 900
NEW YORK, NY 10022-9492

GLOBE NEWSWIRE
C/O WELLS FARGO BANK
LOCKBOX 40200
PO BOX 8500
PHILADELPHIA, PA 19178-8500

GORDON & REES, LLP
90 MERRICK AVENUE SUITE 601
EAST MEADOW, NY 11554-1500

GREAT NORTHERN CORPORATION
8600 WYOMING AVENUE
MINNEAPOLIS, MN 55445-1827

GROCERY HEADQUARTERS
333 SEVENTH AVENUE 11TH FLOOR
NEW YORK, NY 10001-5824

HAROLD L. KESTENBAUM, P.C.
175 BROADHOLLOW ROAD SUITE 175
MELVILLE, NY 11747-4913

HART, PENNY FERN
200 EAST END AVENUE
NEW YORK, NY 10128-7831

HEB GROCERY COMPANY LP
HEB MERCHANDISE ACCOUNTING
PO BOX 839970
SAN ANTONIO, TX 78283-3970

HILLAIR CAPITAL INVESTMENTS LP
C/O OLSHAN FROME WOLOSKY LLP
ADAM H. FRIEDMAN
1325 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6026

IBM CORPORATION
PO BOX 643600
PITTSBURGH, PA 15264-3600

INCHARGE INNOVATIONS, INC.
153 EAST 57TH STREET 15A
NEW YORK, NY 10022-2124

INSTORE AUDIO NETWORK
13 ROSZEL ROAD C202
PRINCETON, NJ 08540-6384

INTEGRATED MARKETING SERVICES
18100 VON KARMAN SUITE 900
IRVINE, CA 92612-7195

IPMF, LLC
ATTN: JIM CARROLL
1126 HARVEY STREET
BELOIT, WI 53511-4614

IRT MFG, LLC.
50 NASSAU TERMINAL ROAD
NEW HYDE PARK, NY 11040-4953

JAMIESON KARSON
1110 SOUTH AVENUE
STATEN ISLAND, NY 10314-3403

JENNIFER SCHOCH 1
9 BERKLEY PLACE
COLTS NECK, NJ 07722-2031

JENNIFER SCHOCH 2
9 BERKLEY PLACE
COLTS NECK, NJ 07722-2031

JOSEPH CORSO
15 OTTAVIO PROMENADE
STATEN ISLAND, NY 10307-2410

JUSTIN POD
BUFFALO, NY

KEITH BURHDORF
TK HOLDINGS LTD
650 NORTH MAIN STREET
DELTA, CO 81416-2412

KEYFOOD
1200 SOUTH AVE SUITE 103
STATEN ISLAND, NY 10314-3420

KINGS SUPERMARKETS, INC.
700 LANIDEX PLAZA
PARSIPPANY, NJ 07054-2799

LABRYS FUND LP
48 PARKER RD
WELLESLEY, MA 02482-2250

LAGROU DISTRIBUTION SYSTEM, INC.
7869 SOLUTION CENTER
CHICAGO, IL 60677-7008

LAKELAND BANK
166 CHANGEBRIDGE RD
MONTVILLE, NJ 07045-9544

LARRY THOMAS ENTERPRISES
ATTN: LARRY THOMAS
4702 FULTON AVE. #308
SHERMAN OAKS, CA 91423-5137

LAW OFFICES OF TIMOTHY KEBBE
WHITE PLAINS PLAZA
445 HAMILTON AVENUE SUITE 1102
WHITE PLAINS, NY 10601-1832

LIBERTY INSURANCE UNDERWRITERS
INC.
55 WATER STREET, 23RD FLOOR
NEW YORK, NY 10041-0024

LORICON ANALYTICAL TESTING
LABORATORY
55 HIGHWAY 36
KEYPORT, NJ 07735-2009

LORICON ANALYTICAL TESTING
LABORATORY,LL
55 HIGHWAY 36
KEYPORT, NJ 07735-2009

MARCUM LLP
750 THIRD AVENUE
11TH FLOOR
NEW YORK, NY 10017-2716

NEW YORK DEPT. OF FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
RM 700
ALBANY, NY 12227-0001

NEW YORK STATE DEPARTMENT OF
LABOR
PO BOX 4301
BINGHAMTON, NY 13902-4301

NIALL MADDEN LLC
3513 76TH ST APT 32
JACKSON HTS, NY 11372-4565

NSG, INC.
1014 VINE STREET STE 1800
CINCINNATI, OH 45202-1153

NY STATE DEPT OF TAXATION &
FINANCE
ATTN BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

MALONE BAILEY LLP
9801 WESTHEIMER
SUITE 1100
HOUSTON, TX 77042-3900

MILANO PROMOTIONAL SERVICES,
INC.
2615 RIVER ROAD UNIT 1
CINNAMINSON, NJ 08077-1628

NEW YORK DEPT. OF FINANCE
W.A. HARRIMAN CAMPUS, B8
BLDG 9 RM 449
ALBANY, NY 12227-0001

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NIALL MADDEN LLC
3 COLUMBUS CIRCLE
15TH FLOOR
NEW YORK NY 10019-8716

NY DEPT OF TAXATION AND FINANCE
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205-0300

NYS DEPT OF TAXATION AND FINANCE
ATTN: OFFICE OF COUNSEL
BUILDING 9, ROOM 100
WA HARRIMAN
CAMPUS ALBANY, NY 12227-0001

| | |
|---|---|
| PARK 100 FOODS, INC<br>C/O BOSE MCKINNEY & EVANS LLP<br>ATTN: DAVID JURKIEWICZ<br>111 MONUMENT CIRCLE, SUITE 2700<br>INDIANAPOLIS, IN 46204-5120 | PARK100 FOODS<br>1192 RELIABLE PARKWAY<br>CHICAGO, IL 60686-0011 |
| PCG ADVISORY GROUP<br>535 FIFTH AVENUE 24TH FLOOR<br>NEW YORK, NY 10017-3677 | PENNY FERN HART<br>200 EAST END AVENUE<br>NEW YORK, NY 10128-7831 |
| PENNY HART<br>200 EAST END AVENUE<br>NEW YORK, NY 10128-7831 | PENTAGRAM<br>204 FIFTH AVENUE<br>NEW YORK, NY 10010-2101 |
| PENTON MEDIA<br>24652 NETWORK PLACE<br>CHICAGO, IL 60673-1246 | PERRY TREBACH - 4/28/2016 SETTLEMENT<br>32 NASSAU DRIVE<br>GREAT NECK, NY 11021-2158 |
| PLATINUM 2<br>348 RXR PLAZA<br>UNIONDALE, NY 11556-0348 | PLATINUM RAPID FUNDING GROUP, INC.<br>C/O PRYOR & MANDELUP, LLP<br>ATTN: ANTHONY GIULIANO<br>675 OLD COUNTRY ROAD<br>WESTBURY, NY 11590-4513 |
| PLATINUM RAPID FUNDING GROUP, INC.<br>LINDSEY ROHAN, ESQ.<br>348 RXR PLAZA 16<br>UNIONDALE, NY 11556-0348 | PLATINUM RAPID FUNDING GROUP, LTD<br>348 RXR PLAZA<br>UNIONDALE, NY 11556-0348 |
| POWER UP 1<br>111 GREAT NECK RD #216<br>GREAT NECK, NY 11021-5408 | POWER UP 3<br>111 GREAT NECK RD #216<br>GREAT NECK, NY 11021-5408 |
| POWER UP 4<br>111 GREAT NECK RD #216<br>GREAT NECK, NY 11021-5408 | PR NEWSWIRE<br>C/O SKO BRENNER AMERICAN<br>843 MERRICK ROAD<br>BALDWIN, NY 11510-3331 |
| PREFERRED FREEZER SERVICES<br>150 BAYWAY AVENUE<br>ELIZABETH, NJ 07202-3028 | PROMOWORKS<br>DEPT 203008<br>PO BOX 5977<br>CAROL STREAM, IL 60197-5977 |

Perry Trebatch
950 Third Ave 4 floor
New York, NY 10022-2705

RAMETTA, SEBASTIAN
79 SANFORD PLACE
STATEN ISLAND, NY 10314-3059

RJW TRANSPORT, INC.
PO BOX 1309
BOLLINGBROOK, IL 60440-0709

ROBINSON BROG LEINWAND GREENE
GENOVESE
ATTN: WILLIAM A. ROME
875 THIRD AVENUE
NEW YORK, NY 10022-6225

ROBINSON BROG LEINWNAD GREENE
GENOVESE &
ATTN: WILLIAM A. ROME
875 THIRD AVENUE
NEW YORK, NY 10022-6225

RONALD LAWRENCE CRANE
FIVE FARMERS ROAD
GREAT NECK, NY 11024-1105

RUBANO, DANIEL
272 MAIN STREET
KEYPORT, NJ 07735-1430

SENECA INSURANCE COMPANY, INC.
160 WATER STREET, 16TH FLOOR
NEW YORK, NY 10038-4963

SHAW'S SUPERMARKETS
PO BOX 4930
BOSTON, MA 02212-4930

SHEPPARD MULLIN
1300 I STREET N W 11TH FLOOR
WASHINGTON, DC 20005-3380

SHOPPER EVENTS, LLC
FILE 749239
LOS ANGELES, CA 90074-9239

SHORE TEL
4921 SOLUTION CENTER
CHICAGO, IL 60677-4009

SIMPLICIT CONSULTING
4950 NW 54TH STREET
COCONUT CREEK, FL 33073-3732

SOUTHERN DISTRICT OF NEW YORK
JOON KIM
CIVIL DIVISION
86 CHAMBERS ST
NEW YORK, NY 10007-1825

SOUTHERN DISTRICT OF NEW YORK
JOON KIM
MAIN OFFICE AND CRIMINAL DIVISION
ONE ST ANDREWS PLAZA
NEW YORK, NY 10007-1701

SOUTHERN DISTRICT OF NEW YORK
JOON KIM
WHITE PLAINS DIVISION
300 QUARROPAS ST
WHITE PLAINS, NY 10601-4140

STATE OF NEW YORK DEPART OF
LABOR
UNEMPLOYMENT INSURANCE DIVISION
GOV. W. AVERELL HARRIMAN ST.
OFFICE BLDG
BUILDING 12, ROOM 256
ALBANY, NY 12240-0001

STATEN ISLAND ADVANCE
950 FINGERBOARD RD
STATEN ISLAND, NY 10305-1495

STUDIO CAKE, LLC
45 MAIN STREET SUITE 1048
BROOKLYN, NY 11201-1032

State of Delaware
Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

TETRA PAK, INC.
PO BOX 70235
CHICAGO, IL 60673-0235

TREVELINO/KELLER
949 W MARIETTA STREET X106
ATLANTA, GA 30318-5275

TRW LAW GROUP
19900 MACARTHUR BOULEVARD SUITE 1150
IRVINE, CA 92612-8433

U.S. Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801-3519

UNITED IMAGING
21201 OXNARD ST
WOODLAND HILLS, CA 91367-5015

UPS
PO BOX 72470244
PHILADELPHIA, PA 19170-0001

US FOODS INC
PO BOX 641871
PITTSBURGH, PA 15264-1871

US FOODS, INC.
1051 AMBOY AVENUE
PERTH AMBOY, NJ 08861-1919

V STOCK TRANSFER
18 LAFAYETTE PLACE
WOODMERE, NY 11598-2138

VANBRIDGE LLC
1185 AVENUE OF THE AMERICAS
32ND FLOOR
NEW YORK, NY 10036-2603

VICTORIA SUTHERLAND
STRAUMSEY HOUSE
68 PRINCES STREET
THURSO 147DH UNITED KINGDOM

VIENNA BEEF LTD.
8033 SOLUTIONS CENTER
CHICAGO, IL 60677-8000

VOGT WAREHOUSE
904 WOODS RD
CAMBRIDGE, MD 21613-9470

WAL-MART STORES,INC
ATTN: CHARLES B HENDRICKS
900 JACKSON STREET, STE 570
DALLAS, TX 75202-4459

WAL-MART STORES,INC
DAMIAN KITSON
702 S.W 8TH STREET
BENTONVILLE, AR 72716-6209

WEALTHCOLONY
C/O PACHULSKI STANG ZIEHL & JONES LLP
ATTN: COLIN ROBINSON
919 NORTH MARKET ST 17TH FL
WILMINGTON, DE 19801-3034

WESTERN PRINTING
305 COLLEGE DR PO BOX 316
MARSHALL, MN 56258-0316

WILLIAM GOGGINS
13235 MAIN RD
MATTITUCK, NY 11952-3286

CONVERSE
5 MAPLE STREET
WESTPORT, CT 06883-1026

WIXON
1390 EAST BOLIVAR AVENUE ST
FRANCIS, WI 53235-4521

WIXON
1390 EAST BOLIVAR AVENUE ST
ST FRANCIS, WI 53235-4521

YRC FREIGHT
PO BOX 3531 STATION A
TORONTO, ON M5W 3G4 CANADA

YRC FREIGHT
PO BOX 3531 STATION A
TORONTO, ON MSW 3G4 CANADA

Christopher A. Ward
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801-1670

David W. Carickhoff
Archer & Greiner, P.C.
300 Delaware Av
Suite 1100
Wilmington, DE 19801-1621

Jeremy R. Johnson
Polsinelli PC
600 3rd Avenue
42nd Floor
New York, NY 10016-1924

DEPARTMENT OF THE TREASURY - IRS
ANGELA SULLIVAN-JONES
550 MAIN ST, RM 3525
CINCINNATI, OH 45202

DISTRICT OF CONNECTICUT
DEIRDRE M. DALY
NEW HAVEN OFFICE
157 CHURCH ST, FL 25
NEW HAVEN, CT 06510

EDGAR AGENTS, LLC
195 ROUTE 9 SOUTH SUITE 204
MANALAPAN, NJ 07726

NIALL MADDEN, LLC.
2924 21ST AVENUE 3B
ASTORIA, NY 11105

Rocco Fiorentino
Benetrends Financial
1180 Welsh Road
Suite 280
North Wales, PA 19454

Liberty Insurance Underwriters Inc.
55 Water Street
New York, NY 10041

Daniel Rubano, Director
272 Main Street
Keyport, NJ 07735

Michael Wyse
Wyse Advisors LLC
85 Broad Street, 29th Floor
New York, NY 10004

214122847v1