**CHAPTER 7 SIGN-IN SHEET**

**COURTROOM NUMBER: 2**  **DATE:** 2/22/18 at 2:30 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING | CASE NAME |
|---|---|---|---|
| [illegible] | | | 17-12988 |
| Jaclyn Weissgerber | UST | UST | Vera v. Chen |
| Tim Fearny | UST | UST | Vera v. Chen |
| Mike Busenkel | Gellert Scali Busenkell & Brown | Debtor | " " |
| | | | |