IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SOUP LIQUIDATION, *et al.*,[1] | : | Case No. 17-11313 (LSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | **Related Docket No. 257** |

## CERTIFICATE OF NO OBJECTFION

I, Simon E. Fraser, counsel to Jamieson Karson, hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to the *Motion of Jamieson Karson for Limited Relief From Automatic Stay to Permit Advancement of Certain Costs Under Policy* (the "Motion"), filed with the Court on May 23, 2018.

The undersigned further certifies that I have caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to same were to be filed and served no later than June 14, 2018 at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at the earliest convenience of the Court.

Dated: June 15, 2018            COZEN O'CONNOR

　　　　　　　　　　　　　　　　*/s/ Simon E. Fraser*
　　　　　　　　　　　　　　　　Simon E. Fraser (No. 5335)
　　　　　　　　　　　　　　　　1201 N. Market St., Ste. 1400
　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　Telephone:  (302) 295-2000
　　　　　　　　　　　　　　　　Facsimile:  (302) 295-2013
　　　　　　　　　　　　　　　　sfraser@cozen.com

　　　　　　　　　　　　　　　　*Counsel to* Jamieson Karson

---

[1] The Debtors in these proceedings are:  The Original Soupman, Inc.; Soupman, Inc.; and Kiosk Concepts.