IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Soup Liquidation, *et al.*,[1] | Case No. 17-11313 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 257** |

### ORDER GRANTING MOTION OF JAMIESON KARSON FOR LIMITED RELIEF FROM AUTOMATIC STAY TO PERMIT ADVANCEMENT OF CERTAIN COSTS UNDER POLICY

AND NOW this 20th day of June, 2018, upon consideration of the Motion of Jamieson Karson for Limited Relief From Automatic Stay to Permit Advancement of Certain Costs Under Policy (the "Motion");[2] and the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §1334; and the Court finding that notice of the Motion was adequate and appropriate under the circumstances and that no further notice is necessary; and the Court further finding that good cause exists for granting the relief requested in the Motion; therefore, after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. The Automatic Stay, if or to the extent applicable, is hereby modified as set forth in this Order.

3. Liberty is authorized to pay and/or advance any proceeds of the Policy to pay defense costs and to defend and indemnify Jamieson Karson in connection with the Connecticut Litigation in accordance with the terms of the Policy and without regard to any interest that the debtors or their successors might hold or have held in the Policy or its proceeds, including

---

[1] The debtors in these proceedings are: The Original Soupman, Inc.; Soupman, Inc.; and Kiosk Concepts.
[2] Capitalized terms not defined in this Order shall have the meanings provided in the Motion.

without limitation to indemnify Jamieson Karson with respect to defense costs already incurred in accordance with the terms of the Policy.

4. Except as specifically provided in this Order, the Automatic Stay shall remain in full force and effect.

5. Except as specifically provided in this Order, the rights of all parties pursuant to the Policy and applicable law are preserved.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: June ___, 2018

*/s/ Laurie Selber Silverstein*
Honorable Laurie Selber Silverstein
United States Bankruptcy Court Judge

LEGAL\36261820\2 00603.4755.000/427001.000