# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SOUP LIQUIDATION LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 17-11313 (LSS) |

### SUPPLEMENTAL DECLARATION OF ALAN M. ROOT IN SUPPORT OF THE APPLICATION OF THE CHAPTER 7 TRUSTEE FOR AN ORDER AUTHORIZING RETENTION OF ARCHER & GREINER, P.C. AS COUNSEL TO THE CHAPTER 7 TRUSTEE *NUNC PRO TUNC* TO JANUARY 1, 2018

I, Alan M. Root, do hereby declare as follows:

1. I am an attorney associated with the law firm of Archer & Greiner, PC ("A&G" or the 'Firm'), which maintains an office for the practice of law at, among other places, 300 Delaware Avenue, Suite 1100, Wilmington, DE 19801.

2. I submit this declaration (the "Supplemental Declaration") to supplement the affidavit(s) previously submitted on behalf of A&G in support of the engagement of A&G as counsel to David W. Carickhoff, the Chapter 7 Trustee (the "Trustee"), in the above-captioned case (the "Chapter 7 Case") and to provide disclosures regarding changes in A&G's hourly rates.

3. As described in the *Application of the Chapter 7 Trustee for an Order Authorizing Retention of Archer & Greiner, P.C. as Counsel to the Chapter 7 Trustee Nunc Pro Tunc to January 1, 2018* [Docket No. 244] (the "Retention Application"), A&G's hourly billing rates are subject to periodic review and adjustments to reflect, among other things, changes in responsibilities and increased experience. A&G last increased its hourly rates in October of 2017, and has determined that it needs to increase its hourly rates in order to adjust for certain

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: The Original Soupman, Inc. (0182); Soupman, Inc. (8630); and Kiosk Concepts, Inc. (4839).

changes in economic conditions and increased operating costs. The Retention Application was approved by the Court's Order entered on February 22, 2018 [Docket No. 253] (the "Retention Order"). Pursuant to the Retention Application and Retention Order, A&G is to provide reasonable notice to the Chapter 7 Trustee and the U.S. Trustee in connection with any increase of A&G's hourly billing rates and file a notice of any such increase with the Court.

4. Effective as of October 1, 2018, A&G has increased the hourly rates of all A&G's professionals working in its offices with respect to all matters. The hourly rates of professionals, including those involved with representation of the Chapter 7 Trustee, have been increased as follows:

| Professional Type and Level | Old Hourly Rate | New Hourly Rate |
|---|---|---|
| Stephen M. Packman – Shareholder | $615.00 | $635.00 |
| David W. Carickhoff – Partner | $555.00 | $575.00 |
| Jerrold S. Kulback – Partner | $470.00 | $490.00 |
| Douglas G. Leney – Partner | $375.00 | $395.00 |
| Alan M. Root – Associate | $430.00 | $450.00 |
| S. Alexander Faris - Associate | $265.00 | $285.00 |

5. The new hourly rates for professionals to be charged by A&G are reasonable based upon the customary compensation charged by A&G and comparably skilled professionals at other firms in cases and matters other than in cases under the Bankruptcy Code. A&G has carefully considered this rate increase, as well as the rate increases of other law firms providing similar services.

6.     A&G has notified the Chapter 7 Trustee of the hourly rate increases disclosed in this Supplemental Declaration.

7.     The foregoing constitutes a Supplemental Declaration of A&G pursuant to the Retention Order.

Dated: October 30, 2018              By: */s/ Alan M. Root*
                                         Alan M. Root (No. 5427)
                                         ARCHER & GREINER, P.C.
                                         300 Delaware Ave., Suite 1100
                                         Wilmington, DE 19801
                                         (302) 777-4350
                                         (302) 777-4352 (fax)
                                         aroot@archerlaw.com

                                         *Counsel to David W. Carickhoff,*
                                         *Ch. 7 Trustee*

215414582v1