# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SOUPMAN LIQUIDATION LLC, *et al.* | 17-11313 (LSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that S. Alexander Faris, Esquire hereby withdraws his appearance as counsel for David W. Carickhoff, chapter 7 trustee of the above-captioned debtors, (the "Trustee") in the above-captioned cases (the "Case"), and requests that he be removed from any applicable service lists in the Cases.

**PLEASE TAKE FURTHER NOTICE** that Archer & Greiner, P.C. will continue to represent the Trustee in the Cases.

Date: July 12, 2019

**ARCHER & GREINER, P.C.**

/s/ S. Alexander Faris
S. Alexander Faris (No. 6278)
300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801
Phone: (302) 777-4350
Fax: (302) 777-4352
E-mail: afaris@archerlaw.com

216740526v1